**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tiffany Grays | 20-cv-00452-SKC-GPG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Equifax Inc | S/C |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 JUL -8 PM 3:36
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Equifax Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1900 West Littleton Boulevard Littleton, CO 80120

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Tiffany Grays
P.O. Box 472322
Aurora, CO 80047

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
**PERSONAL SERVICE**

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
s/A.Hinojosa-Lavalle
TELEPHONE NUMBER: 303-844-3433
DATE: 19 May 2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 6
District of Origin No: 013
District to Serve No: 013
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 5/27/20

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Jone
Date: 6/15/20   Time: 12:35 ☒ pm
Address (complete only different than shown above): Jone
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

Jb's ✓

2020 MAY 21 A 10:09

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-00452-SKC-GPG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equifax Inc.
was received by me on *(date)* 6/15/20

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Miller & Law P.C. , who is designated by law to accept service of process on behalf of *(name of organization)* Equifax Inc. on *(date)* 6/15/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/15/20

*Server's signature*

Dustin B. Jones
*Printed name and title*

901 19th St. Denver CO
*Server's address*

Additional information regarding attempted service, etc: