IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

20-CV-00452-WJM-SKC

Civil Action No. _____
(To be supplied by the court)

Tiffany Grays _____, Plaintiff

v.

See Section B _____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

SECOND AMENDED COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Tiffany Grays   PO Box 472322 Aurora, CO 80047
(Name and complete mailing address)

720-623-1883  Legalgrays@gmail.com
(Telephone number and e-mail address)

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: Navient Solutions, LLC       1900 W. Littleton Boulevard
(Name and complete mailing address)       Littleton, CO 80120

(800) 722-1300
(Telephone number and e-mail address if known)

Defendant 3: Equifax Inc       1900 W. Littleton Boulevard
(Name and complete mailing address)   Littleton, CO 80120

(404) 885-8000
(Telephone number and e-mail address if known)

Defendant 4: Experian Information Solutions, Inc    7700 E ARAPAHOE RD STE 220
(Name and complete mailing address)                 CENTENNIAL, CO 80112

(714) 830-7000
(Telephone number and e-mail address if known)

Defendant 5: Trans Union LLC           1900 W. Littleton Boulevard,
(833) 806-1626                         Littleton, CO 80120

2

Defendant 6: Innovis Data Solutions, Inc.    1900 W. Littleton Boulevard,
(614) 222-5317                                Littleton, CO 80120

**C.  JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

15 U.S.C. §§ 1681 et seq,

28 U.S.C. § 1367; 28 U.S.C. § 1332, 28 U.S.C. § 1355

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   FCRA VIOLATIONS   15 U.S.C. §§ 1681 et seq,

Supporting facts:

34. Unless otherwise noted, each Count is against all Defendants. Plaintiffs re-alleges the preceding paragraphs set forth above and herein and incorporate them herein all counts by reference inter alia:

35. Defendants held knowledge or should have known its duties under the FCRA. Any reasonable creditor, furnisher, or Consumer Reporting Agencies that utilizes consumer reports knows about or should know about; and can easily discover the federal mandates arising under the FCRA.

36. Despite knowing of its legal obligations, Defendants acted recklessly and consciously in breaching its known duties; resulting depriving Plaintiff of her rights under the FCRA.

37. As a result of these FCRA violations, Defendants are each liable to Plaintiff for statutory damages from $100.00 to $1,000.00 pursuant to 15 U.S.C. §1681n(a)(1)(A), plus punitive damages pursuant to 15 U.S.C. §1681n(a)(2) for each of the violations alleged herein, and for attorneys' fees and costs pursuant to §1681r and §1681o.

38. Plaintiff believes violation calculations are as follows:
1. Each Navient Account: 18
2. Each incorrectly reported date: 4
3. Each day incorrect information has remained since notification: 533 (and counting)
4. Maximum statutory damages: $1,000
Total = 18x4x533x1000 = $38,376,000

(Claim One Continued on Additional Pages Attached D. Statement of Claims)

4

CLAIM TWO: __Dismissed_____      _____

      Supporting facts:

5

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

154. Plaintiff re-alleges the preceding paragraphs set forth above and incorporate them herein by reference. Plaintiff has suffered *inter alia*, severe emotional and mental distress as a result of the fraudulent behavior of the Defendants; all resulting in *inter alia* loss of life enjoyment, past and future pain and suffering, and an increased risk of harm. Past and future lost income, wages, and earnings.

See additional pages attached for continued Relief

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/s/ Tiffany Grays, pro se
(Plaintiff's signature)

September 27, 2020
(Date)

(Revised December 2017)

6