# 25335362

PO BOX 1640
PITTSBURGH, PA 15230-1640

April 11, 2018

If you have questions, please contact:

Phone: (800) 540-2505

Innovis Consumer Assistance
PO Box 1640
Pittsburgh, PA 15230-1640

TIFFANY GRAYS
15651 E CASPIAN CIRCLE APT 306
AURORA, CO 80013



Dear Tiffany,

Thank you for contacting Innovis. We have completed your request(s). Please review the following pages.

If you have any questions or concerns, you may visit www.innovis.com or contact our Consumer Assistance Department at 1-800-540-2505. Representatives are available to assist you Monday through Friday, 8am - 8pm ET.

Sincerely,

Innovis Consumer Assistance



# What We've Done for You

At Innovis, we are dedicated to helping you understand and manage your Innovis Credit Report. Visit the Learning Center at **www.innovis.com** to learn more about your Innovis Credit Report, our pledge to protect your privacy, the steps you can take to protect your information, and your rights as a consumer. Additionally you can contact Innovis Consumer Assistance at **1-800-540-2505**.

## Credit Report Request

Your Innovis Credit Report is enclosed.

If you believe any item on your credit report is inaccurate or incomplete and wish to dispute it, you may visit www.innovis.com and use the login information provided below.

Innovis.com Username: **8PZvrCWr**
Innovis.com Password: **C3qy61SC**

You may also submit your request in writing by completing the enclosed investigation form and providing all supporting documentation related to your dispute to the following address:

Innovis Consumer Assistance
PO Box 1640
Pittsburgh, PA 15230-1640

You can also call Innovis Consumer Assistance at 800-540-2505. Representatives are available to help you Monday – Friday 8am - 8pm ET.

Innovis does not offer mortgage and educational credit scores. For information on your FICO credit score, you can contact the Fair Isaac Corporation, the company that generates FICO credit scores, at www.myfico.com or 1-800-319-4433.



# TIFFANY GRAYS

April 11, 2018

**Account History:**

- All accounts display the most recent information received from the Creditor. This report does not show activity on the account after the date shown.

- Accounts paid as agreed may remain on your credit report indefinitely. In most cases, negative information may remain on your report for up to 7 years. Items shaded below may be considered negative information.

**Personal Information:**

The report displays the name, address, date of birth or telephone number that the creditor provided for each account. As a security precaution, we display only the last 4 digits of any SSN numbers reported to us. Innovis displays only the month and year of date of birth.

| Payment Grid Legend: Innovis does not have payment history for months left blank. | **OK** = Current     **90** = 90 days past due     **120** = 120 days past due     **150** = 150 days past due |
|---|---|

## ACCOUNTS

| **CAPITAL ONE BANK USA NA**: Individual Credit Card | | NEGATIVE |
|---|---|---|
| _Account#:...4379     Account information as of 04/08/2018_ | | |

| Account Status: | NA | Balance: | $0 | Creditor Contact Info: |
|---|---|---|---|---|
| Date Opened: | 09/17/2011 | High Balance: | $671 | |
| Date Last Reported: | 04/08/2018 | | | CAPITAL ONE BANK USA NA |
| Terms: | NA | | | PO BOX 30281 |
| Credit Limit: | $500 | | | SALT LAKE CITY, UT  84130 |
| | | | | (800) 955-7070 |

**Narrative(s)**
Closed-credit grantors request
Account previously in dispute-investigation complete
Disch thru Bankruptcy Ch 7

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

We estimate this account will be removed from your report in:
**03/2020**

**Personal Information:**

**Name:** Tiffany Grays
**Address:** 1695 S Blackhawk Way Apt A
Aurora, CO 80012
**DOB:** 1983
**SSN:** XXX-XX-0590
**Phone:**



**DEPT OF ED / NAVIENT**: Individual Education Loan                                   **NEGATIVE**
*Account#:...0312     Account information as of 08/11/2016*

| | | |
|---|---|---|
| **Account Status:** | Paid/Closed | **Balance:** | $0 |
| **Date Opened:** | 03/12/2008 | **Last Payment Date:** | 08/11/2016 |
| **Date Closed:** | 08/11/2016 | **High Balance:** | $3,500 |
| **Date Last Reported:** | 08/31/2016 | | |
| **Terms:** | NA | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2009 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2010 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2011 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2012 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2013 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2014 |     |     |     | OK  | OK  |     |     |     | OK  | OK  | OK  | 90  |
| 2015 |     |     |     |     |     | OK  | OK  |     |     |     |     |     |
| 2016 |     |     |     |     |     | OK  |     |     |     |     |     |     |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

| | |
|---|---|
| **Name:** | Tiffany T Grays |
| **Address:** | 15651 E Caspian Cir Apt 13-306 |
| | Aurora, CO 80013 |
| **DOB:** | 1983 |
| **SSN:** | XXX-XX-0590 |
| **Phone:** | (303) 872-3574 |

---

**DEPT OF ED / NAVIENT**: Individual Education Loan                                   **NEGATIVE**
*Account#:...0312     Account information as of 08/11/2016*

| | | |
|---|---|---|
| **Account Status:** | Paid/Closed | **Balance:** | $0 |
| **Date Opened:** | 03/12/2008 | **Last Payment Date:** | 08/11/2016 |
| **Date Closed:** | 08/11/2016 | **High Balance:** | $4,000 |
| **Date Last Reported:** | 08/31/2016 | | |
| **Terms:** | NA | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2009 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2010 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2011 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2012 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2013 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2014 |     |     |     | OK  | OK  |     |     |     | OK  | OK  | OK  | 90  |
| 2015 |     |     |     |     |     | OK  | OK  |     |     |     |     |     |
| 2016 |     |     |     |     |     | OK  |     |     |     |     |     |     |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

| | |
|---|---|
| **Name:** | Tiffany T Grays |
| **Address:** | 15651 E Caspian Cir Apt 13-306 |
| | Aurora, CO 80013 |
| **DOB:** | 1983 |
| **SSN:** | XXX-XX-0590 |
| **Phone:** | (303) 872-3574 |



**DEPT OF ED / NAVIENT**: Individual Education Loan                     NEGATIVE

*Account#:...1119     Account information as of 08/11/2016*

| Account Status: | Paid/Closed | Balance: | $0 |
|---|---|---|---|
| Date Opened: | 11/19/2008 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $6,000 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

Creditor Contact Info:

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

Personal Information:

**Name:**  Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:**  1983
**SSN:**  XXX-XX-0590
**Phone:**  (303) 872-3574

---

**DEPT OF ED / NAVIENT**: Individual Education Loan                     NEGATIVE

*Account#:...1119     Account information as of 08/11/2016*

| Account Status: | Paid/Closed | Balance: | $0 |
|---|---|---|---|
| Date Opened: | 11/19/2008 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $4,500 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

Creditor Contact Info:

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

Personal Information:

**Name:**  Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:**  1983
**SSN:**  XXX-XX-0590
**Phone:**  (303) 872-3574



**DEPT OF ED / NAVIENT**: Individual Education Loan

*Account#:...1125     Account information as of 08/11/2016*

NEGATIVE

| | |
|---|---|
| Account Status: | Paid/Closed |
| Date Opened: | 11/25/2009 |
| Date Closed: | 08/11/2016 |
| Date Last Reported: | 08/31/2016 |
| Terms: | NA |

| | |
|---|---|
| Balance: | $0 |
| Last Payment Date: | 08/11/2016 |
| High Balance: | $7,000 |

Creditor Contact Info:

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

Personal Information:

**Name:**     Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
             Aurora, CO 80013
**DOB:**      1983
**SSN:**      XXX-XX-0590
**Phone:**    (303) 872-3574

---

**DEPT OF ED / NAVIENT**: Individual Education Loan

*Account#:...1125     Account information as of 08/11/2016*

NEGATIVE

| | |
|---|---|
| Account Status: | Paid/Closed |
| Date Opened: | 11/25/2009 |
| Date Closed: | 08/11/2016 |
| Date Last Reported: | 08/31/2016 |
| Terms: | NA |

| | |
|---|---|
| Balance: | $0 |
| Last Payment Date: | 08/11/2016 |
| High Balance: | $5,500 |

Creditor Contact Info:

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

Personal Information:

**Name:**     Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
             Aurora, CO 80013
**DOB:**      1983
**SSN:**      XXX-XX-0590
**Phone:**    (303) 872-3574



**DEPT OF ED / NAVIENT**: Individual Education Loan — **NEGATIVE**
*Account#:...0903     Account information as of 08/11/2016*

| Account Status: | Paid/Closed | Balance: | $0 |
| Date Opened: | 09/03/2010 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $469 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

Creditor Contact Info:

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

Personal Information:

**Name:** Tiffany T Grays
**Address:** 15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:** 1983
**SSN:** XXX-XX-0590
**Phone:** (303) 872-3574

---

**DEPT OF ED / NAVIENT**: Individual Education Loan — **NEGATIVE**
*Account#:...0903     Account information as of 08/11/2016*

| Account Status: | Paid/Closed | Balance: | $0 |
| Date Opened: | 09/03/2010 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $3,698 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

Creditor Contact Info:

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

Personal Information:

**Name:** Tiffany T Grays
**Address:** 15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:** 1983
**SSN:** XXX-XX-0590
**Phone:** (303) 872-3574



---

**DEPT OF ED / NAVIENT**: Individual Education Loan    **NEGATIVE**
*Account#:...0505    Account information as of 08/11/2016*

| Account Status: | Paid/Closed | Balance: | $0 |
|---|---|---|---|
| Date Opened: | 05/05/2011 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $2,834 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | OK | OK | OK | 90 | |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

| **Name:** | Tiffany T Grays |
|---|---|
| **Address:** | 15651 E Caspian Cir Apt 13-306 |
| | Aurora, CO 80013 |
| **DOB:** | 1983 |
| **SSN:** | XXX-XX-0590 |
| **Phone:** | (303) 872-3574 |

---

**DEPT OF ED / NAVIENT**: Individual Education Loan    **NEGATIVE**
*Account#:...0505    Account information as of 08/11/2016*

| Account Status: | Paid/Closed | Balance: | $0 |
|---|---|---|---|
| Date Opened: | 05/05/2011 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $843 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | OK | OK | OK | 90 | |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

| **Name:** | Tiffany T Grays |
|---|---|
| **Address:** | 15651 E Caspian Cir Apt 13-306 |
| | Aurora, CO 80013 |
| **DOB:** | 1983 |
| **SSN:** | XXX-XX-0590 |
| **Phone:** | (303) 872-3574 |



## DEPT OF ED / NAVIENT: Individual Education Loan

NEGATIVE

*Account#:...0711    Account information as of 08/11/2016*

| | | | |
|---|---|---|---|
| **Account Status:** | Paid/Closed | **Balance:** | $0 |
| **Date Opened:** | 07/11/2011 | **Last Payment Date:** | 08/11/2016 |
| **Date Closed:** | 08/11/2016 | **High Balance:** | $8,500 |
| **Date Last Reported:** | 08/31/2016 | | |
| **Terms:** | NA | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

**Name:**    Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
              Aurora, CO 80013
**DOB:**      1983
**SSN:**      XXX-XX-0590
**Phone:**    (303) 872-3574

## DEPT OF ED / NAVIENT: Individual Education Loan

NEGATIVE

*Account#:...0711    Account information as of 08/11/2016*

| | | | |
|---|---|---|---|
| **Account Status:** | Paid/Closed | **Balance:** | $0 |
| **Date Opened:** | 07/11/2011 | **Last Payment Date:** | 08/11/2016 |
| **Date Closed:** | 08/11/2016 | **High Balance:** | $12,000 |
| **Date Last Reported:** | 08/31/2016 | | |
| **Terms:** | NA | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

**Name:**    Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
              Aurora, CO 80013
**DOB:**      1983
**SSN:**      XXX-XX-0590
**Phone:**    (303) 872-3574



## DEPT OF ED / NAVIENT: Individual Education Loan

**NEGATIVE**

*Account#:...0315     Account information as of 08/11/2016*

| | | |
|---|---|---|
| **Account Status:** Paid/Closed | **Balance:** $0 | **Creditor Contact Info:** |
| **Date Opened:** 03/15/2012 | **Last Payment Date:** 08/11/2016 | |
| **Date Closed:** 08/11/2016 | **High Balance:** $4,250 | DEPT OF ED / NAVIENT |
| **Date Last Reported:** 08/31/2016 | | P O BOX 9635 |
| **Terms:** NA | | WILKES-BARRE, PA  18773 |

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | OK | OK | OK | 90 | |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

**Name:** Tiffany T Grays
**Address:** 15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:** 1983
**SSN:** XXX-XX-0590
**Phone:** (303) 872-3574

---

## DEPT OF ED / NAVIENT: Individual Education Loan

**NEGATIVE**

*Account#:...0315     Account information as of 08/11/2016*

| | | |
|---|---|---|
| **Account Status:** Paid/Closed | **Balance:** $0 | **Creditor Contact Info:** |
| **Date Opened:** 03/15/2012 | **Last Payment Date:** 08/11/2016 | |
| **Date Closed:** 08/11/2016 | **High Balance:** $6,000 | DEPT OF ED / NAVIENT |
| **Date Last Reported:** 08/31/2016 | | P O BOX 9635 |
| **Terms:** NA | | WILKES-BARRE, PA  18773 |

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | OK | OK | OK | 90 | |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

**Name:** Tiffany T Grays
**Address:** 15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:** 1983
**SSN:** XXX-XX-0590
**Phone:** (303) 872-3574



**DEPT OF ED / NAVIENT**: Individual Education Loan                                    NEGATIVE

*Account#:...0716     Account information as of 08/11/2016*

| Account Status: | Paid/Closed | Balance: | $0 |
|---|---|---|---|
| Date Opened: | 07/16/2012 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $2,586 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

Creditor Contact Info:

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

Personal Information:

**Name:**  Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:**  1983
**SSN:**  XXX-XX-0590
**Phone:**  (303) 872-3574

---

**DEPT OF ED / NAVIENT**: Individual Education Loan                                    NEGATIVE

*Account#:...0803     Account information as of 08/11/2016*

| Account Status: | Paid/Closed | Balance: | $0 |
|---|---|---|---|
| Date Opened: | 08/03/2012 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $7,664 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

Creditor Contact Info:

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | | OK | OK | | | | | |
| 2016 | | | | | | OK | | | | | | |

We estimate the account will become positive in: **08/2021**

Personal Information:

**Name:**  Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:**  1983
**SSN:**  XXX-XX-0590
**Phone:**  (303) 872-3574



**DEPT OF ED / NAVIENT**: Individual Education Loan      NEGATIVE
*Account#:...1103    Account information as of 08/11/2016*

| | | | |
|---|---|---|---|
| Account Status: | Paid/Closed | Balance: | $0 |
| Date Opened: | 11/03/2012 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $17,775 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | OK | OK | | | | OK | OK | OK | 90 | |
| 2015 | | | | | OK | OK | | | | | | |
| 2016 | | | | | OK | | | | | | | |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

Name:  Tiffany T Grays
Address:  15651 E Caspian Cir Apt 13-306
     Aurora, CO 80013
DOB:  1983
SSN:  XXX-XX-0590
Phone:  (303) 872-3574

---

**DEPT OF ED / NAVIENT**: Individual Education Loan      NEGATIVE
*Account#:...0716    Account information as of 08/11/2016*

| | | | |
|---|---|---|---|
| Account Status: | Paid/Closed | Balance: | $0 |
| Date Opened: | 07/16/2013 | Last Payment Date: | 08/11/2016 |
| Date Closed: | 08/11/2016 | High Balance: | $6,804 |
| Date Last Reported: | 08/31/2016 | | |
| Terms: | NA | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | OK | OK | | | | OK | OK | OK | 90 | |
| 2015 | | | | | OK | OK | | | | | | |
| 2016 | | | | | OK | | | | | | | |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

Name:  Tiffany T Grays
Address:  15651 E Caspian Cir Apt 13-306
     Aurora, CO 80013
DOB:  1983
SSN:  XXX-XX-0590
Phone:  (303) 872-3574



**DEPT OF ED / NAVIENT**: Individual Education Loan

*Account#:...0731     Account information as of 08/11/2016*

**NEGATIVE**

| | | |
|---|---|---|
| **Account Status:** | Paid/Closed | **Balance:** | $0 |
| **Date Opened:** | 07/31/2013 | **Last Payment Date:** | 08/11/2016 |
| **Date Closed:** | 08/11/2016 | **High Balance:** | $3,446 |
| **Date Last Reported:** | 08/31/2016 | | |
| **Terms:** | NA | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | OK | OK | | | | OK | OK | OK | 90 |
| 2015 | | | | | OK | OK | | | | | | |
| 2016 | | | | | OK | | | | | | | |

We estimate the account will become positive in: **08/2021**

**Personal Information:**

**Name:**     Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
              Aurora, CO 80013
**DOB:**      1983
**SSN:**      XXX-XX-0590
**Phone:**    (303) 872-3574

---

**DEPT OF ED / NAVIENT**: Individual Education Loan

*Account#:...0811     Account information as of 03/31/2018*

**NEVER PAST DUE**

| | | |
|---|---|---|
| **Account Status:** | Current | **Balance:** | $190,785 |
| **Date Opened:** | 08/11/2016 | **High Balance:** | $171,483 |
| **Date Last Reported:** | 03/31/2018 | | |
| **Terms:** | NA | | |
| **Deferred Date:** | 01/01/2019 | | |

**Creditor Contact Info:**

DEPT OF ED / NAVIENT
P O BOX 9635
WILKES-BARRE, PA  18773

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | OK | | |
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

**Personal Information:**

**Name:**     Tiffany T Grays
**Address:**  15651 E Caspian Cir Apt 13-306
              Aurora, CO 80013
**DOB:**      1983
**SSN:**      XXX-XX-0590
**Phone:**    (303) 872-3574



**NAVIENT**: Individual Education Loan — **NEGATIVE**
*Account#:...0131     Account information as of 08/17/2016*

| | |
|---|---|
| **Account Status:** | Paid/Closed |
| **Date Opened:** | 01/31/2007 |
| **Date Closed:** | 08/17/2016 |
| **Date Last Reported:** | 04/06/2018 |
| **Terms:** | NA |

| | |
|---|---|
| **Balance:** | $0 |
| **Last Payment Date:** | 08/17/2016 |
| **High Balance:** | $25,463 |

**Creditor Contact Info:**

NAVIENT
P O BOX 9500
WILKES-BARRE, PA  18773

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | OK | OK | |
| 2014 | OK | OK | OK | 90 | 150 | | OK | OK | 90 | 120 | | |
| 2015 | | | | | OK | OK | | | | | | |
| 2016 | | | | | OK | | | | | | | |

We estimate the account will become positive in: **07/2021**

**Personal Information:**

**Name:** Tiffany T Grays
**Address:** 15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:** 1983
**SSN:** XXX-XX-0590
**Phone:** (303) 872-3574

---

**SYNCB / CARE CREDIT**: Individual Charge Account — **NEGATIVE**
*Account#:...0030     Account information as of 05/22/2017*

| | |
|---|---|
| **Account Status:** | Charge off |
| **Date Opened:** | 05/11/2016 |
| **Date Closed:** | 12/15/2016 |
| **Date Last Reported:** | 03/13/2018 |
| **Terms:** | NA |

| | |
|---|---|
| **Balance:** | $0 |
| **Orig Charge Off Amt:** | $1,142 |
| **Last Payment:** | $166 |
| **Last Payment Date:** | 12/05/2016 |
| **High Balance:** | $1,142 |

**Creditor Contact Info:**

SYNCB / CARE CREDIT
C/O P.O. BOX 965036
ORLANDO, FL  32896
(866) 396-8254

**Narrative(s)**
Purchased by another lender

Portfolio Sold To:  Credit Corp

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |

We estimate this account will be removed from your report in: **06/2023**

**Personal Information:**

**Name:** Tiffany T Grays
**Address:** 15651 E Caspian Cir Apt 13-306
Aurora, CO 80013
**DOB:** 1983
**SSN:** XXX-XX-0590
**Phone:**

---

### INQUIRIES

**Requests Others Can See:**

This section lists businesses that have viewed your credit report

**Business:** Sagestream, Llc/Ally Financial
200 Renaissance Center Detroit, MI 48243
(888) 925-2559

---



as a result of transactions you requested, such as when you applied for credit. Anyone looking at your report can see these requests and creditors may look at them in evaluating your creditworthiness.

| | |
|---|---|
| Date Requested: | 03/17/2018 , 03/20/2018 |
| Business: | Sagestream, Llc/Gm Financial<br>P.O Box 183621 Arlington, TX 76096<br>(800) 302-7000 |
| Date Requested: | 03/17/2018 |

## Requests Only You Can See:

This section lists businesses that have viewed your credit report, such as creditors who offer you pre-approved credit, creditors who monitor your existing accounts with them; or companies who are collecting a debt. You may not have initiated these transactions and may not recognize the parties' names. We also record inquiries when you request a copy of your file from Innovis. Only you can see this record of requests, and we do not include these requests on credit reports to others

We have no record of recent requests for your credit file.

## OTHER CONSUMER INFORMATION

This section includes additional identity information reported to Innovis.

| Name Variations: | Addresses: | SSN Variations: | Birth Date: | Telephone Numbers: |
|---|---|---|---|---|
| | Po Box 441755 Aurora, CO 80044 | | | (303) 632-6720 |
| | 3055 S Uravan St Aurora, CO 80013 | | | (303) 641-1277 |
| | 3215 S Parker Rd Denver, CO 80014 | | | (720) 371-8801 |
| | 17375 E Adriatic Dr Apt N201 Aurora, CO 80013 | | | (720) 204-0152 |
| | 13492 E Tennessee Ave Aurora, CO 80012 | | | (720) 837-9851 |
| | 4321 S Hannibal Way Apt 161 Aurora, CO 80015 | | | (303) 204-0152 |
| | 17632 E Temple Dr Aurora, CO 80015 | | | (303) 955-0416 |
| | 12352 S Ford St Aurora, CO 80237 | | | (303) 360-9513 |
| | 12352 E Kepner Pl Aurora, CO 80012 | | | (480) 598-0913 |
| | 7665 E Quincy Ave Apt 204 Denver, CO 80237 | | | (303) 847-5564 |
| | 1124 Kenton St Aurora, CO 80010 | | | |

## CONSUMER STATEMENT

**Opt Out**  Start Date: 02/20/2018  End Date: 02/20/2023

AN OPT OUT HAS BEEN PLACED ON THIS FILE

## Notice to Consumers - Reinvestigation Procedures:

Innovis investigates information that you dispute directly with Innovis or that it receives from a consumer reporting agency that resells its information. When Innovis receives your dispute, it will first review the dispute in order to determine the best way to resolve it. Innovis reviews any information you provide in support of your dispute. In some cases, Innovis resolves the dispute by verifying or correcting its own records. In other cases, Innovis sends notice of the dispute to the company that provided Innovis with information about your relationship with that company. These companies are called data furnishers. At the same time it notifies a data furnisher of the dispute, Innovis will provide the data furnisher with any relevant information that you have provided to Innovis about the dispute. If the data furnisher fails to respond timely, Innovis deletes or modifies the disputed information in accordance with your dispute. If Innovis receives a response from the data furnisher, Innovis will review the response and either delete or modify the information based upon the data furnisher's response and any other



information that it has discovered during the investigation. When responding to disputes, data furnishers review and consider all relevant information and verify the accuracy of the information reported to Innovis. The entire reinvestigation process may last up to 30 days (21 days for Maine residents) from the date Innovis receives your dispute.

When Innovis completes its investigation, it will mail you the results of its investigation. If the reinvestigation does not resolve the dispute, you may file a brief statement with Innovis setting forth your dispute. Innovis includes this statement in any subsequent consumer report containing the information in question. The statement may contain up to 200 words. If you would like to add a consumer statement, please mail your statement to Innovis Consumer Assistance, P.O. Box 1640, Pittsburgh, PA 15230-1640. Please note: **Any medical information provided in the statement will be disclosed in subsequent consumer reports.**

If you are not satisfied with the results of your dispute, please contact us so that we may further assist you. Alternatively, you may send Innovis additional documents in support of the dispute, contact the source of the information directly, or submit a complaint through the Consumer Financial Protection Bureau portal or your state attorney general.

If Innovis deleted information on your Innovis Credit Report as a result of its investigation or added a statement at your request, you may ask us to send a notification of the deletion or of the statement to any person you designate who has received your Innovis Credit Report within the last 6 months.

If you sent us documents that prove your identity, we may add personal identity information from those documents to your Innovis Credit Report. You will see this information in the Other Consumer Information section of your Innovis Credit Report.



# Colorado Security Freeze Rights

**Colorado Consumers Have the Right to Obtain a Security Freeze**

You may obtain a security freeze on your consumer report to protect your privacy and ensure that credit is not granted in your name without your knowledge, except as provided by law. You have a right to place a security freeze on your consumer report to prohibit a consumer reporting agency from releasing any information in your consumer report without your express authorization or approval, except as the law allows.

You will not be initially charged to place a security freeze on your consumer report. However, you will be charged a fee of no more than ten dollars to temporarily lift the freeze for a period of time, to permanently remove the freeze from your consumer report, or when you make a subsequent request for a freeze to be placed on your consumer report. As well, you may be charged a fee of no more than twelve dollars to temporarily lift the freeze for a specific party.

The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. When you place a security freeze on your consumer report, within five business days you will be provided procedures for the temporary release of your consumer report to a specific party or parties or for a period of time after the security freeze is in place. To provide that authorization, you must contact the consumer reporting agency and provide the proper information regarding the third party or parties who are to receive the consumer report or the period of time for which the report shall be available to users of the consumer report.

A consumer reporting agency that receives a request from a consumer to temporarily lift a security freeze on a consumer report shall comply with the request no later than three business days after receiving the request.

A security freeze does not apply to circumstances where you have an existing account relationship, and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control or similar activities.

You should be aware that using a security freeze to take control over who gains access to the personal and financial information in your consumer report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding new loans, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transaction, or other services, including an extension of credit at the point of sale. You should plan ahead and lift a security freeze either completely if you are shopping around, or specifically for a certain creditor a few days before actually applying for new credit.

You have the right to bring a civil action or submit to binding arbitration against a consumer reporting agency to enforce an obligation under the security freeze law after following specified dispute procedures and having received the necessary notice.



# Colorado State Summary of Rights

**Notice to Colorado Consumers**

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer. The consumer reporting agency shall provide a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file. A consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquires pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. A consumer may bring only one arbitration action within any 120-day period, except to enforce an arbitration decision.

**Other rights under your state's law, which are also in the federal Fair Credit Reporting Act are explained in the Summary of Rights under the Fair Credit Reporting Act.**



# Federal Summary Of Rights

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la
Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

For more information, including information about additional rights, go to **www.consumerfinance.gov/learnmore.**

or write to:
**Consumer Financial Protection Bureau,
1700 G Street N.W., Washington, DC 20552.**

**You may have additional rights under Maine's FCRA, Maine Revised Statutes, Title 10, Sec 1306 et seq.**

### •You must be told if information in your file has been used against you.

Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

### •You have the right to know what is in your file.

You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

• a person has taken adverse action against you because of information in your credit report;
• you are the victim of identity theft and place a fraud alert in your file;
• your file contains inaccurate information as a result of fraud;
• you are on public assistance;
• you are unemployed but expect to apply for employment within 60 days.

In addition all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See **www.consumerfinance.gov/learnmore** for additional information.

### • You have the right to ask for a credit score.

Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

### • You have the right to dispute incomplete or inaccurate information.

If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

 **Federal Summary Of Rights**

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information**

  Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.**

  In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.**

  A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.**

  A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report**

  Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.**

  If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.**

  For more information, visit www.consumerfinance.gov/learnmore.



# Federal Summary Of Rights

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission:<br>Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act. 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580 (877) 382-4357 |

 **Innovis**®

# Investigation Request

*If you believe that any information contained in your Innovis Credit Report is incomplete or inaccurate, we will conduct an investigation and provide you with the results.*

## Your Information          *denotes  a required field*

First Name *

Middle Initial

Last Name *

Suffix

Phone Number *

Email

xxx-xxx-xxxx

*Innovis uses your email to send you updates regarding your Innovis Personal Account*

Date of Birth *

Social Security Number *

MM/DD/YYYY

xxx-xx-xxxx

## Current Address

Address *

City *

State *

ZIP *

## Account Information

Company Name

Account Number

## Dispute Reasons          *(choose up to 2)*

☐ Not my account
☐ Account closed
☐ Account paid before being sent to collection or charged off
☐ Account never paid late
☐ Account paid in full
☐ Account included in bankruptcy
☐ Balance incorrect
☐ Victim of identity theft
☐ Other *(please specify in the space below)*

☐ Information on my Innovis Credit Report may be mixed with another consumer's information

## Address or Identity Information

To request an investigation of your identity or address, please add your comments below. Remember to include a legible copy of your driver's license or government-issued ID card with your correct name and/or address.

## Required Documentation

1. Proof of Current Address : copy of government-issued ID, signed lease, recent utility bill, recent bank or credit union statement.
2. Proof of Name : copy of government-issued ID, Social Security card, birth certificate, marriage license, Medicaid or Medicare card.

*Investigations are completed within 30 days of the date they are received, unless you send Innovis additional information. The results of your completed investigation will be sent to you by mail (please allow 7-10 business days for mail delivery). Intentionally making any false statement to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law.*

## ✉ Mail to

Innovis Consumer Assistance
PO Box 1640
Pittsburgh, PA 15230-1640

Please provide any documentation in support of your investigation request

CASE NO. 1:20-CV-00452          INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT          EXHIBIT 1



# Investigation Request

## 2. Account Information

Company Name

Account Number

**Dispute Reasons** *(choose up to 2)*

- ☐ Not my account
- ☐ Account closed
- ☐ Account paid before being sent to collection or charged off
- ☐ Account never paid late
- ☐ Account paid in full
- ☐ Account included in bankruptcy
- ☐ Balance incorrect
- ☐ Victim of identity theft
- ☐ Other *(please specify in the space below)*

## 3. Account Information

Company Name

Account Number

**Dispute Reasons** *(choose up to 2)*

- ☐ Not my account
- ☐ Account closed
- ☐ Account paid before being sent to collection or charged off
- ☐ Account never paid late
- ☐ Account paid in full
- ☐ Account included in bankruptcy
- ☐ Balance incorrect
- ☐ Victim of identity theft
- ☐ Other *(please specify in the space below)*

## 4. Account Information

Company Name

Account Number

**Dispute Reasons** *(choose up to 2)*

- ☐ Not my account
- ☐ Account closed
- ☐ Account paid before being sent to collection or charged off
- ☐ Account never paid late
- ☐ Account paid in full
- ☐ Account included in bankruptcy
- ☐ Balance incorrect
- ☐ Victim of identity theft
- ☐ Other *(please specify in the space below)*

## 5. Account Information

Company Name

Account Number

**Dispute Reasons** *(choose up to 2)*

- ☐ Not my account
- ☐ Account closed
- ☐ Account paid before being sent to collection or charged off
- ☐ Account never paid late
- ☐ Account paid in full
- ☐ Account included in bankruptcy
- ☐ Balance incorrect
- ☐ Victim of identity theft
- ☐ Other *(please specify in the space below)*

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 1



# Frequently Asked Questions

## 1. Does Innovis provide a credit score?

The law requires a Consumer Reporting Agency to disclose mortgage and educational credit scores. Innovis does not offer these types of scores. However, upon request, consumers can receive a copy of their Innovis Credit Report. For information on your FICO credit score, you can contact the Fair Isaac Corporation, the company that generates FICO credit scores, at www.myfico.com or 1-800-319-4433.

## 2. Where do you get my payment history?

Payment history in your credit report is supplied to Innovis by credit grantors with whom you have credit. This includes both open accounts and accounts that have already been closed.

## 3. How long can items show on my Innovis Credit Report?

Accounts paid as agreed may remain in your credit report indefinitely. Innovis is not required to remove adverse information that is accurate from the credit report. You may dispute the accuracy of the adverse information with us and we will verify it with the furnisher. If verified, the information usually will remain for seven years or ten years in cases under the Bankruptcy Act.

## 4. Does a Divorce Decree release my obligation to my creditors?

A divorce decree does not supersede an original contract with the creditor and does not release you from legal responsibility on any accounts. You must contact each creditor individually and seek their legally binding release of your obligation. Only after you provide the release to us can we update your credit history.

## 5. Why do I have duplicate accounts?

What appear to be duplicate accounts on your credit report may instead be either revolving and installment accounts issued by the same credit grantor or a transferred account for which the credit grantor has issued a new account number.

## 6. How do I stop receiving preapproved offers?

You can submit your request to stop receiving preapproved credit or insurance offers either through the OptOutPrescreen.com Web site or by calling the toll-free number (888) 5-OPTOUT (888-567-8688). Opting-Out will remove your name from lists generated by consumer reporting agencies.

Once you Opt-Out, several weeks may pass before you see a decrease in the amount of offers mailed; you need not resubmit your request. In addition, you may continue to receive mail from local area merchants, professional associations and companies you have a current relationship with. You may also receive mail addressed to 'current resident' or 'occupant.' To eliminate these types of mailings, send an Opt-Out request to the Direct Marketing Association:

DMAchoice
Direct Marketing Association P.O. Box 643
Carmel, NY 10512

To resume receiving preapproved credit offers generated from consumer reporting agency lists, call (888) 5-OPTOUT (888-567-8688) and select the Opt-In option, or logon to OptOutPrescreen.com.

## 7. What should I do if I think I might be a victim of identity theft?

Contact Innovis, as well as one of the Nationwide Consumer Reporting Agencies, to request that a Fraud Alert be added to your credit report. You should also file a police report, complete an FTC fraud affidavit, and notify all of your creditors.



# Frequently Asked Questions

You may add a Fraud Alert to your Innovis Credit Report by phone at 800-540-2505. Representatives are available to assist you Monday-Friday 8am-8pm ET.

You may submit your request by mail:

Innovis Consumer Assistance
P0 Box 26
Pittsburgh, PA 15230-0026

You may submit your request online at www.innovis.com.

You may request an Alert in person:

875 Greentree Road
8 Parkway Center
Pittsburgh, PA 15220

## 8. What is a Fraud Alert?

There are three types of Fraud Alerts. The Alerts are provided to anyone who receives a copy of your credit report.
A Fraud Alert is a message that instructs creditors to verify your identity.

- Initial Fraud Alert: The Alert will remain in your credit report for 90 days unless you request that the Alert be removed. You are entitled to request a no-cost copy of your Innovis Credit Report within 12 months of the date you add the Initial Fraud Alert. State laws may entitle you to receive additional copies.

- Active Duty Alert: The Alert will remain in your credit report for one year unless you request that the Alert be removed. As an additional precaution, we remove your name and address from lists used to provide preapproved offers of credit and insurance for the next two years. You are entitled to request a no-cost copy of your Innovis Credit Report within 12 months of the date you add the Active Duty Alert.

- Extended Fraud Alert: The Alert will remain in your credit report for seven years unless you request that the Alert be removed. As an additional precaution, we remove your name and address from lists used to provide preapproved offers of credit and insurance for the next five years. You are entitled to request two no-cost copies of your Innovis Credit Report within 12 months of the date you add the Extended Fraud Alert.

Innovis does not share Fraud Alerts with the other credit reporting agencies. You must contact one of the Nationwide Consumer Reporting Agencies (Equifax, Experian, or TransUnion) to request that a Fraud Alert be added to your credit report with them.

## 9. What is a Security Freeze?

A Security Freeze prohibits Innovis from releasing your credit report information without your authorization.
Exceptions exist when the requests come from:

- Yourself
- Child support agencies
- Court orders
- Credit monitoring services
- Creditors with whom you have a current relationship
- Creditors with whom you have a past relationship
- The Treasury Department

Fees may apply. Where fees apply, they generally range from $5 to $15. Innovis will waive these fees for victims of identity theft.



# Frequently Asked Questions

You may add a Security Freeze to your Innovis Credit Report by phone at 800-540-2505.
Representatives are available to assist you Monday-Friday 8am-8pm ET.
You may submit your request by mail:

Innovis Consumer Assistance
P0 Box 26
Pittsburgh, PA 15230-0026

You may submit your request online at www.innovis.com.

You may request a Freeze in person:

875 Greentree Road
8 Parkway Center
Pittsburgh, PA 15220

## 10. How do I dispute the items on my Innovis Credit Report?

You may dispute items on your credit report by phone at 800-540-2505.
Representatives are available to assist you Monday-Friday 8am-8pm ET.

You may submit your dispute by mail:

Innovis Consumer Assistance
PO Box 1640
Pittsburgh, PA 15230-1640

Please include any supporting documentation with your dispute.

If you have a login and password, you may dispute online at www.innovis.com. If you need a login and password, call Consumer Assistance at 800-540-2505. Representatives are available to assist you Monday-Friday 8am-8pm ET.

You may dispute in person:

875 Greentree Road
8 Parkway Center
Pittsburgh, PA 15220

## 11. Does Innovis provide a credit score?

The law requires a Consumer Reporting Agency to disclose mortgage and educational credit scores. Innovis does not offer these types of scores. However, upon request, consumers can receive a copy of their Innovis Credit Report.

## 12. How do you get my information?

Information regarding your credit history is provided to Innovis by companies that have existing and past credit relationships with you.

## 13. Why don't all items appear on my Innovis Credit Report?

Not all credit grantors report to all credit reporting agencies. If you believe yours does not report to Innovis, please contact them directly to inquire about whether they will begin reporting.