# Student Loan Reporting

This module contains the reporting guidelines for both Federal and Private Student Loans.  The contents of the two separate sections are detailed below.

## Student Loan Reporting – Federal Loans

| | |
|---|---|
| General Reporting Guidelines | Page 12-2 |
| | |
| Federal Loans – Lender/Servicer/Secondary Market | Page 12-3 |
| Single, Multiple and Consolidated Loans, Deferment or Forbearance, Loan Defaults and Transfers | Page 12-9 |
| Loan Forgiveness and Discharge | Page 12-12 |
| Total and Permanent Disability (TPD) Discharge Procedures for Non-defaulted Loans (Standard and VA) | Page 12-14 |
| Total and Permanent Disability (TPD) Discharge Procedures (Federal Perkins Loan Program) | Page 12-15 |
| Rehabilitated Student Loans and Recalled and Repurchased Student Loans | Page 12-16 |
| | |
| Federal Loans – Reporting Guidelines for Post-Default Loans | Page 12-17 |
| Special Situations | Page 12-20 |
| Total and Permanent Disability (TPD) Discharge Procedures for Non-defaulted FFELP Loans (Standard and VA) | Page 12-21 |
| Total and Permanent Disability (TPD) Discharge Procedures for Defaulted Loans (Standard and VA) | Page 12-21 |
| | |
| Federal Student Loan Glossary of Terms | Page 12-22 |

## Student Loan Reporting – Private Loans

| | |
|---|---|
| General Reporting Guidelines | Page 12-25 |
| | |
| Private Loans – Lender/Servicer/Secondary Market | Page 12-26 |
| Single, Multiple and Refinanced Loans, Deferment or Forbearance, Loan Sales and Transfers, Co-Signer Release, Loan Defaults | Page 12-33 |
| Write-off of Private Student Loan Balances due to Death or Disability: For private student loans, write-off reporting requirements apply following approval by the loan holder. | Page 12-36 |
| Rehabilitated Private Student Loans | Page 12-38 |
| | |
| Private Student Loan Glossary of Terms | Page 12-42 |

*Copyright 2020 © Consumer Data Industry Association*

# Student Loan Reporting – Federal Loans

## GENERAL REPORTING GUIDELINES

Reporters of federal student loan information include lenders, servicers, secondary markets, collection agencies and the U.S. Department of Education ("ED").

The following reporting guidelines refer to all reporters of federal student loan information:

- Report data in the standard Metro 2® Format, including the Header Record.

- Report all open accounts on a monthly basis.

- Report transferred, paid, and government claim accounts in the reporting period in which they are finalized.

- Do not report accounts prior to the first disbursement.

- Report the complete name, address, social security number and date of birth of the consumer.

- In the Identification Number field, report the internal code that identifies the lender, secondary market, or guarantor where information is verified.  For servicers, the Identification Number should refer to the current loan owner/holder; e.g., Servicer Name/Dept. of Ed.

- All parties reporting credit information must respond to consumer inquiries.

**Note: The guidelines in this document are specific to your industry and should be used in conjunction with specifications in the Metro 2® Format.  Refer to the Metro 2® Format for detailed information on segments and field information.**

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

## FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

**All fields within the Metro 2® Format are required to be reported for each account.  The information below describes fields that require specific values.**

**Do not report a loan until a disbursement has been made.**

| | |
|---|---|
| Identification Number Base Segment, Field 5 | For loans reported by a servicer, the Identification Number should refer to the current loan owner/holder or servicer and loan owner/holder; e.g., Servicer Name/Dept. of Ed.<br><br>**Note:** Verification of accounts will be done with the servicer. |
| Account Type Code Base Segment, Field 9 | 12 (Education) for installment accounts |
| Highest Credit or Original Loan Amount Base Segment, Field 12 | The Original Loan Amount should be increased for subsequent disbursements of a loan, and reduced for disbursements that are canceled or returned.<br><br>Do not increase the Original Loan Amount as a result of interest capitalization or fees incurred post-disbursement. |
| Terms Duration Base Segment, Field 13 | Report the maximum number of months allowed for repayment of the loan.<br><br>For loans in an Income Driven Repayment (IDR) plan, the Terms Duration should reflect the maximum number of months allowed for repayment of the loan, which is the number of months between the start of repayment and when the loan could be forgiven if not repaid by the borrower, or the fixed number of months for the IDR plan.  For example, a loan being repaid under the Pay as You Earn Repayment Plan should always have Terms Duration = 240 months.<br><br>While payments are being made toward the Public Service Loan Forgiveness Program, report Terms Duration based on the actual repayment plan (i.e., standard, extended or IDR).<br><br>When the loan is in a period during which payments are not required (i.e., initial in-school, grace, deferment, and forbearance periods), report Terms Duration as blank.<br><br>For loans that are no longer guaranteed and are reported as in collections (Account Status 93 or 62), report a constant of 001. |
| Scheduled Monthly Payment Amount, Base Segment, Field 15 | Report the monthly payment amount for the repayment plan in which the borrower is enrolled during the current reporting period.<br><br>For loans in an Income Driven Repayment (IDR) plan, report the amount the consumer is required to pay for each month in the IDR plan, which can be as low as $0. |

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452   INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT   EXHIBIT 3

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| Account Status Code Base Segment, Field 17A | • 11 = Open account in good standing |
|---|---|
| | For ED-owned loans, Account Status 11 should be reported until the loan is 90 days or more past the due date as of the Date of Account Information. |
| | For all other federal student loans, Account Status 11 should be reported until the loan is at least 60 or 90 days past the due date as of the Date of Account Information, based on loan holder requirements. |
| | • 11 for Income Driven Repayment (IDR) plans when the Scheduled Monthly Payment Amount = $0 |
| | • 11 with Terms Frequency D and Payment History Profile Character B — Open account/payments deferred/account was never in repayment |
| | • 11 with Terms Frequency D and Payment History Profile Character D — Open account/payments deferred/account was previously in repayment |
| | **Note**: Terms Frequency Code D should be used with Account Status Code 11 and Amount Past Due = 0 when payments are not currently required (e.g., deferment, grace period, forbearance), but there is a future payment obligation, even if the loan has an unresolved delinquency prior to or during the deferred period. |
| | • 78, 80, 82–84 = the appropriate stage of delinquency (60 days to 180 or more days past the due date).  Refer to Account Status 11 above for exceptions due to delayed delinquency reporting. |
| | • 13 = Paid/zero balance account (requires Payment Rating) |
| | **Note**: For paid in full accounts, report the Date Closed. Also, report both the Current Balance and the Amount Past Due as zero.  Refer to Frequently Asked Question and Answer 39 for additional guidance on reporting accounts that are paid in full. |
| | • DA = Delete entire account |
| | • DF = Delete entire account due to confirmed fraud |
| | **Note**: Refer to guidance throughout this module for specific situations on deleting accounts. |
| | (continued) |

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

# FEDERAL LOANS – LENDER SERVICER/SECONDARY MARKET

| | |
|---|---|
| Account Status Code<br>Base Segment, Field 17A<br>(continued) | **For federally-guaranteed student loans that are <u>no longer guaranteed</u>**, the following additional Account Status Codes may be reported for loans that are defaulted, in collections, or charged off:<br><br>• 93 = Account assigned to internal or external collections<br>• 97 = Unpaid balance reported as a loss (charge-off)<br>• 62 = Account paid in full, was a collection account<br>• 64 = Account paid in full, was a charge-off |
| Payment History Profile<br>Base Segment, Field 18 | Refer to Metro 2® Format module for standard guidelines on reporting up to 24 months of payment history.<br><br>The Payment History Profile will reflect accounts going from current to 60 or 90 days delinquent due to delayed delinquency reporting (refer to Account Status 11 above).<br><br>**Examples:**<br><br>• 332000000000220000000000 (first reported delinquent at 60 days)<br>• 004333000000300030000000 (first reported delinquent at 90 days)<br><br>For months during which payments were not required (i.e., initial in-school, grace, deferment and forbearance periods):<br><br>• Report value **D** for loans that were previously in repayment.<br><br>• Report value **B** for loans that have never been in repayment.<br><br>   **Note**: If payment history was reported in error (i.e., account mistakenly reported as in repayment), report value **D**.<br><br>When adjusting the initial in-school or grace period status of a loan that covers one or more months previously reported in the Payment History Profile, the applicable months should be updated to reflect character D (no payment history available this month). |

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| Special Comment Base Segment, Field 19 | The Special Comments that apply to Federal Student Loans are listed below.  No other codes may be reported.<br><br>• **O** – when reporting a transfer to another servicer or guaranty agency that is not due to a loan sale, with the exception of internal transfers; i.e., ED-owned loans or defaults reported by a FFELP servicer<br>• **AH** – when a loan is purchased by another company<br>• **AT** – when reporting an internal transfer of an ED-owned loan or a default by a FFELP servicer<br>• **AU** – when a loan is paid in full for less than the full balance<br>• **AW** – when the borrower is affected by a natural or declared disaster.  Follow guidance in FAQ 58.<br><br>**Notes:**<br><br>Special Comment Code **AL** (Student Loan assigned to government) became obsolete for reporting as of April 2020.<br><br>Special Comment Code **CP** (Forbearance) should not be used for federal student loans.  Forbearance should be reported similarly to deferment, as per FAQ 44. |
|---|---|

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

# FEDERAL LOANS – LENDER /SERVICER/SECONDARY MARKET

| FCRA Compliance/Date of First Delinquency (DOFD) Base Segment, Field 25 | Refer to Metro 2® Format module and Exhibit 9 (Explanation and Examples of FCRA Compliance/Date of First Delinquency) for standard guidelines on reporting DOFD according to hierarchy rules.

Regarding hierarchy rules 1 and 2: Report the date of the first 30-day delinquency that led to the Account Status or Payment Rating being reported even though reporting of delinquency is delayed until the loan is 60 or 90 days past the due date. When the Account Status is 11 (Current), report Date of First Delinquency = 0.  However, when reporting delinquent statuses, do not change/update the Date of First Delinquency unless the borrower has brought the account back to less than 30 days past the due date.  A borrower may be less than 60 or 90 days past the due date (i.e., Account Status 11) without triggering a change to the Date of First Delinquency.

**Example:**

Refer to table below for example of DOFD reporting for loans that may not be reported as delinquent until 90 days past the due date. |

| Date of Account Information (Field 24) | Next Payment Due Date (not reported) | # of Days Past Due Date (not rptd.) | Account Status and Definition (Field 17A) | Date of First Delinquency (Field 25) |
|---|---|---|---|---|
| 03/31/2019 | 04/15/2019 | 0 | 11 (Current) | Zero fill |
| 04/30/2019 | 04/15/2019 | 15 | 11 | Zero fill |
| 05/31/2019 | 04/15/2019 | 46 | 11 | Zero fill |
| 06/30/2019 | 04/15/2019 | 76 | 11 | Zero fill |
| 07/31/2019 | 04/15/2019 | 107 | 80 (90-119 days past due) | 05/15/2019 (30 days after 04/15/2019 due date) |
| 08/31/2019 | 06/15/2019 | 77 | 11 | Zero fill |
| 09/30/2019 | 06/15/2019 | 107 | 80 | 05/15/2019 (DOFD does  not reset; borrower never less than 30 days delinquent) |
| 10/31/2019 | 08/15/2019 | 77 | 11 | Zero fill |
| 11/30/2019 | 10/15/2019 | 46 | 11 | Zero fill |
| 12/31/2019 | 12/15/2019 | 16 | 11 | Zero fill (Borrower less than 30 days delinquent; DOFD will reset if future delinquency) |
| 01/31/2020 | 12/15/2019 | 47 | 11 | Zero fill |
| 02/28/2020 | 12/15/2019 | 75 | 11 | Zero fill |
| 03/31/2020 | 12/15/2019 | 106 | 80 | 01/14/2020 (30 days after 12/15/2019 due date) |

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| Date of Last Payment Base Segment, Field 27 | Report the date the most recent payment was received whether a partial or full payment was made.<br><br>For loans in an Income Driven Repayment (IDR) plan, when the Scheduled Monthly Payment Amount = **0** and the Actual Payment Amount = **0**, report the payment due date within the current reporting period as the Date of Last Payment. |
| Consumer Information Indicator Base Segment Field 38 J1 and J2 Segments – Field 11 | Used to specify that a consumer's student loan has been included in bankruptcy or a consumer cannot be located.  Refer to Exhibit 11 for a list of available indicators.<br><br>**Note:** Refer to FAQ 23 for guidelines on reporting an account when a consumer files bankruptcy, but the student loan is not included in the bankruptcy discharge. |
| K4 Segment Deferred Payment information | Report for deferred loans:<br>• Specialized Payment Indicator = 02 (Deferred payment)<br>• Deferred Payment Start Date = date the first payment is due.  If not available, report the date on which the deferred period will end.<br><br>**Note:** If neither date is available, do not report the K4 Segment. |
| L1 Segment Consumer Account Number Change | When account history can be verified, report one time when account numbers change due to an account acquisition or internal account number change.<br><br>Refer to FAQ 46 for guidelines on reporting when account history cannot be verified by the new servicer. |

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| Single, Multiple and Consolidated Loans, Deferment or Forbearance, Loan Defaults and Transfers | |
| --- | --- |
| **Multiple disbursements of a single loan** | When a loan has multiple disbursements, report the loan as one account. <br><br> • Retain and do not change the original Consumer Account Number when additional disbursements are reported. <br><br> • Retain and do not change the original Date Opened after the loan is reported. <br><br> • Update the Original Loan Amount, Current Balance, and Scheduled Monthly Payment Amount (when in repayment) as applicable, to include totals for all disbursements.  Reduce these amount fields as applicable, due to the amount of any canceled or returned disbursements. <br><br> **Example**: If the loan is for $10,000 and the first disbursement is for $2,000, report the Original Loan Amount field as $2,000. If an additional disbursement is made for $8,000, increase the Original Loan Amount to $10,000.  If the $2,000 disbursement is subsequently canceled, reduce the Original Loan Amount to $8,000. <br><br> • If all disbursements are canceled or returned, report Account Status DA to delete the account. |
| **Multiple loans** | Multiple loans must be reported as separate accounts. |
| **Consolidated loans** | When a loan is paid in full through consolidation, report the loan with Account Status Code 13 and the appropriate Payment Rating. <br><br> The new consolidation loan, which paid the underlying loans in full, must be reported as a new account. |

(continued)

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452      INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT      EXHIBIT 3

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| **Loans in deferment or forbearance** | Report federal student loans in deferment or forbearance as deferred.  Refer to Frequently Asked Question and Answer 44 for specific reporting guidance. |
| **Loans transferred <u>to</u> another servicer or lender** | Follow the standard guidelines in Frequently Asked Question and Answer 46 for servicing transfers.<br><br>• Report Special Comment Code **AT** for ED-owned loans.<br>• Report Special Comment Code **O** or **AT** (as applicable) for guaranteed loans.<br><br>Follow the standard guidelines in Frequently Asked Question and Answer 47 for transfers as a result of a loan sale. |
| **Loans transferred in <u>from</u> another servicer or lender** | Follow the standard guidelines in Frequently Asked Question and Answers 46 for servicing transfers and 48 for transfers in as a result of a loan purchase. |
| **ED-owned loans transferred to ED due to default or ineligible borrower** | Follow the standard guidelines in Frequently Asked Question and Answer 46 for servicing transfers.  Report Special Comment Code **AT** to denote an internal transfer. |
| **Guaranteed loans transferred to Guaranty Agency due to default/claim payment or bankruptcy** | Follow the standard guidelines in Frequently Asked Question and Answer 46 for servicing transfers.  Report Special Comment Code **O** or **AT**, as applicable. |

(continued)

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452   INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT   EXHIBIT 3

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| **Federally guaranteed loans that are no longer guaranteed (i.e., unreinsured loans) that default/charge off and transfer from the servicer to another entity at the time of default/charge off** | Follow the standard guidelines in Frequently Asked Question and Answer 46 for servicing transfers.  Report Special Comment Code **O** or **AT**, as applicable.<br><br>Report Account Status Code **97** with the applicable Special Comment Code if the loan was charged off at the time of transfer, or Account Status Code **93** if in collections at the time of transfer. |
| **Defaulted federal loans that are no longer guaranteed (i.e., unreinsured loans) and are not transferred at the time of default/charge-off** | If the loans have been charged off, follow the standard guidelines in Frequently Asked Questions and Answers 34 or 65, as applicable.<br><br>Loans that have defaulted and are in collections should be reported with Account Status **93** and the Current Balance and Amount Past Due = outstanding balance amount. Account Status **62** must be reported when the loan is paid in full.<br><br>As an option, loans that have defaulted and are in collections may be reported with the applicable level of delinquency rather than Account Status 93.  When using this option, Account Status Code 13 should be reported when the account is paid in full.<br><br>In all situations, if the account is settled for less than the outstanding balance, follow the guidance in Frequently Asked Question and Answer 38, which requires reporting Special Comment Code AU along with the applicable paid status. |

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| Loan Forgiveness and Discharge<br><br>**For guaranteed federal loans, the forgiveness or discharge reporting requirements apply following approval and payment of the claim by the guarantor.** | |
|---|---|
| **Loans forgiven due to Borrower Defense to Repayment** | If the account is partially forgiven, reduce the Current Balance to reflect the amount remaining after the partial forgiveness and update the Payment History Profile with character **D** for months prior to approval of the partial forgiveness.  Continue reporting the account normally in subsequent reporting periods.<br><br>If the loan is completely forgiven, report Account Status Code **DA** to delete the account. |
| **Loans forgiven due to Teacher Loan Forgiveness** | If the loan is partially forgiven, reduce the Current Balance to reflect the amount remaining after the partial forgiveness.<br><br>If the loan is completely forgiven and had been in repayment prior to being forgiven, report Account Status Code **13**, Payment Rating **0**, Current Balance **0** and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed.<br><br>If the loan is completely forgiven, but had never been in repayment, report Account Status Code **DA** to delete the account. |
| **Loans forgiven due to Public Service Loan Forgiveness** | Report Account Status Code **13**, Payment Rating **0**, Current Balance **0** and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed. |
| **Loans forgiven or paid in full upon completion of an income-driven repayment (IDR) plan** | Report Account Status Code **13**, Payment Rating **0**, Current Balance **0** and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed. |
| **Loans discharged due to school closure** | Report Account Status Code **DA** to delete the account. |
| **Loans discharged due to False Certification or, prior to discharge, when the loan is determined to be the result of identity theft** | Report Account Status Code **DF** to delete the account. |
| **Loans discharged due to Unpaid Refund** | Report Account Status Code **DA** to delete the account. |

(continued)

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| **Loans discharged due to the death of a student who is not a party to the loan (e.g., Parent PLUS Loan or Consolidated Loan that includes a Parent PLUS Loan)** | If the loan had been in repayment prior to the student's death, report Account Status Code **13**, Payment Rating **0**, Current Balance **0**, and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed. The Payment History Profile should be updated to reflect value **D** for months between the date of death and the reporting period in which the loan is reported with Account Status Code 13.<br><br>If the loan had never been in repayment, report Account Status Code **DA** to delete the account.<br><br>ECOA Code **X** should not be reported because the student that is deceased is not a party to the loan.  ECOA Code X must be reported only when a party to the loan is deceased.  Refer to Frequently Asked Question and Answer 19 for reporting when a party to the loan is deceased. |
|---|---|
| **Loans discharged due to the death of a party to the loan** | If the loan had been in repayment prior to the death of a party to the loan, report Account Status Code **13**, Payment Rating **0**, Current Balance **0**, and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed.  Report ECOA Code **X** in the applicable Base or J1/J2 Segment for the deceased party as described in Frequently Asked Question and Answer 19.<br><br>If the loan had never been in repayment, report Account Status Code **DA** to delete the account. |

*Copyright 2020 © Consumer Data Industry Association*
CASE NO. 1:20-CV-00452       INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT       EXHIBIT 3

## FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| Total and Permanent Disability (TPD) Discharge Procedures for Non-defaulted Loans (Standard and VA) | |
|---|---|
| **Initial indication of interest in TPD discharge by borrower** | When notice is received from ED that the borrower has indicated interest in a TPD discharge and collection activities are suspended for 120 days, report the account as deferred. Refer to Frequently Asked Question and Answer 44 for specific reporting guidelines.  Do not report Special Comment CP. |
| **Initial TPD application filed by borrower** | When notice is received from ED that the borrower has applied for a TPD discharge and collection activities are suspended, report the account as deferred.  Refer to Frequently Asked Question and Answer 44 for specific reporting guidelines.  Since the Deferred Payment Start Date will not be known, do not report the K4 Segment.  Do not report Special Comment CP. |
| **TPD discharge not approved** | If the discharge is not approved, stop reporting the account as deferred and resume reporting the account normally going forward.<br><br>The "D's" reported in the Payment History Profile during the deferral time period should not be removed. |
| **TPD discharge approved** | Report the account with the following Base Segment fields:<br><br>• Account Status Code = 13 (Paid)<br><br>  **Note:** If the TPD effective date is prior to the date the loan entered repayment, or is prior to the date that the lender or servicer began reporting the loan, report Account Status **DA** to delete the account.<br><br>• Payment Rating = 0 (Current; since no payments were due within this reporting period)<br><br>• Payment History Profile = Report value D (no payment history available this month) in the positions representing the months going back to the TPD effective date.  Adjustments to months earlier than the previous 24 months prior to the Date of Account Information must be corrected by submitting an AUD through e-OSCAR®.<br><br>  **Note:** Any delinquencies that occurred prior to the TPD effective date should remain on the file and should not be deleted.<br><br>(continued) |

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| TPD discharge approved (continued) | • Current Balance and Amount Past Due = 0 |
|---|---|
| | • Date of Account Information = Report a date within the current month's reporting period even if the paid effective date was in a prior month.  Refer to Frequently Asked Question and Answer 39. |
| | • Date Closed = Date the TPD discharge was approved by ED. |
| | **Notes:**<br>If notified by a subsequent servicer that the TPD effective date was during the period that a prior servicer was responsible for reporting the account, the prior servicer should also follow the reporting guidelines outlined above. |
| | If a loan discharged under Standard TPD is reinstated within 3 years, a new account will have to be reported by the current servicer because the discharged account was reported as paid.  The new account should be reported with Account Status 11 (current). |

| **Total and Permanent Disability (TPD) Discharge Procedures (Federal Perkins Loan Program)** | |
|---|---|
| **Non-defaulted loans** | • Follow the standard guidelines in Frequently Asked Question and Answer 46; option 2 to report the account as transferred. |
| | • Any credit history already established by the borrower will be retained for historical credit reporting purposes. |
| | • No further reporting by the school is required. ED will be responsible for reporting the loan after assignment. |
| **Defaulted loan**<br><br>**(previously reported by the school as Account Status 93 (collection)** | • Follow the standard guidelines in Frequently Asked Question and Answer 46; option 2 to report the account as transferred. |
| | • All collection history already reported will be retained for historical credit reporting purposes. |
| | • No further reporting by the school is required. ED will be responsible for reporting the loan after assignment. |

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL LOANS – LENDER/SERVICER/SECONDARY MARKET

| **Rehabilitated Student Loans and Recalled and Repurchased Student Loans** |
|---|
| Section 428F(a)(1)(A) of the Higher Education Act of 1965 was amended by the Higher Education Opportunity Act of 2008 to require that, upon the rehabilitation of a defaulted loan, the holder of the loan must request any consumer reporting agency to which the guaranty agency or holder had reported the default of the loan to remove the record of default from the borrower's credit history.<br><br>Recall and repurchase occurs for federal student loans after a loan is reported as defaulted and an event occurs that restores the loan to its prior status.  In this case, the credit report must be updated in the same manner as a rehabilitated student loan.<br><br>Since defaulted federal student loans are reported as transferred, there is no clear "notice of default" to remove from the reported account.<br><br>If the student loan is rehabilitated, the new or previous lender should report the loan as a new account going forward.  Payment history reported prior to the default should not be included with the new account.<br><br>**IMPORTANT NOTE: Contact your data representatives at the consumer reporting agencies to ensure that previously-reported "defaults" have been removed.** |

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL LOANS – REPORTING GUIDELINES FOR POST-DEFAULT LOANS

**The following guidance is specific to reporting by the guarantor or its servicer/agent.  All fields within the Metro 2® Format are required to be reported for each account.  The information below describes fields that require specific values.**

- Do not report the account during the review period.
- Do not report the account if it is returned to the lender.
- Do not report the account if it was transferred to the guarantor due to a claim payment for any reason other than default for non-payment.
- Guaranty agencies should follow the reporting guidelines for Lender/Servicer/Secondary Market when reporting loans that are not guaranteed by the federal government.

| | |
|---|---|
| Consumer Account Number<br>Base Segment, Field 7 | Report the new number as assigned by the guaranty agency.<br><br>**Note:** Do not report the consumer's Social Security Number in whole or in part within the Consumer Account Number. |
| Portfolio Type<br>Base Segment, Field 8 | O (Open) |
| Date Opened<br>Base Segment, Field 10 | Report the date the defaulted claim was paid to the lender. |
| Highest Credit/Original Loan Amount<br>Base Segment, Field 12 | Report the claim amount that was paid to the lender. |
| Terms Duration<br>Base Segment, Field 13 | 001 (one payment as scheduled) |
| Terms Frequency<br>Base Segment, Field 14 | Blank |
| Account Status Code<br>Base Segment, Field 17A | Report *only* the following:<br><br>• 93 = Account assigned to internal or external collections. (Account Status 93 should be reported immediately after the review period if the account is retained.)<br>• 62 = Account paid in full/was a collection account.<br><br>**Notes**:<br>If a consumer is making payments, continue to report the account with Account Status Code 93, but report the declining balance.<br><br>If accounts are turned over to a Collection Agency and the Collection Agency reports the accounts to the credit reporting agencies, the guaranty agency should report the accounts as Status **DA** to delete them. These accounts cannot be reported by both agencies, causing duplication. The FCRA Compliance/Date of First Delinquency should contain the date of the first delinquency with the original lender that led to the default. The K1 Segment should contain the complete name of the original lender/servicer/secondary market to whom the claim was paid, as well as Creditor Classification Code 07. |

CASE NO. 1:20-CV-00452      INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT      EXHIBIT 3

# FEDERAL LOANS – REPORTING GUIDELINES FOR POST-DEFAULT LOANS

| FCRA Compliance/Date of First Delinquency (DOFD) Base Segment, Field 25 | Report the date of the first delinquency **with the original lender** that led to the loan being transferred to the guaranty agency. If multiple defaults are reported as one loan (compressed), the Date of First Delinquency must be the date of the first delinquency that led to the earliest default. |
|---|---|
| | **Note:** |
| | Effective March 31, 2004, the FCRA[1] states that "provided that the consumer does not dispute the information, a person that furnishes information on a delinquent account that is placed for collection, charged for profit and loss, or subjected to any similar action, complies with this paragraph, if – |
| | (i) the person reports the same date of delinquency as that provided by the creditor to which the account was owed at the time at which the commencement of the delinquency occurred, the creditor previously reported that date of delinquency to a consumer reporting agency; |
| | (ii) the creditor did not previously report the date of delinquency to a consumer reporting agency, and the person establishes and follows reasonable procedures to obtain the date of delinquency from the creditor or another reliable source and reports that date to a consumer reporting agency as the date of delinquency; or |
| | (iii) the creditor did not previously report the date of delinquency to a consumer reporting agency and the date of delinquency cannot be reasonably obtained as provided in clause (ii), the person establishes and follows reasonable procedures to ensure the date reported as the date of delinquency precedes the date on which the account is placed for collection, charged to profit or loss, or subjected to any similar action, and reports such date to the credit reporting agency." |

---

[1] Fair Credit Reporting Act Section 623 (a) (5)

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL LOANS – REPORTING GUIDELINES FOR POST-DEFAULT LOANS

| | |
|---|---|
| Consumer Information Indicator<br>Base Segment, Field 38; J1/J2 Segment, Field 11 | Used to specify that a consumer's student loan has been included in bankruptcy or a consumer cannot be located. Refer to Exhibit 11 in the Metro 2® Format for a list of available indicators.<br><br>When a defaulted loan is included in a bankruptcy filing, the guaranty agency should report the account with Account Status 93 and the applicable bankruptcy CII.<br><br>If the account is reported by the guaranty agency during the bankruptcy and is repurchased by the lender at the conclusion of the bankruptcy, the guaranty agency should report Account Status **DA** to delete the account.<br><br>**Notes:** Refer to FAQ 23 for guidelines on reporting an account when a consumer files bankruptcy, but the student loan is not included in the bankruptcy discharge.<br><br>Non-defaulted loans that were claim paid by the guaranty agency due to a bankruptcy should not be reported by the guaranty agency. |
| K1 Segment | Report the complete name of the lender to whom the claim was paid in the Original Creditor Name field.  Also, report Creditor Classification Code 07 to indicate Educational.<br><br>**Note: The K1 Segment is required for all accounts reported, regardless of Account Status Code.** |

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL LOANS –REPORTING GUIDELINES FOR POST-DEFAULT LOANS

| Special Situations | |
|---|---|
| **Rehabilitated loans** | Report Account Status Code **DA** to delete the account when it is transferred to a lender.<br><br>**Note:** The transferred account reported by the original lender will remain on file until purged according to FCRA guidelines. |
| **Accounts sent to ED (Guaranty agencies only) (See row below for exception)** | Report Account Status Code **DA** to delete the account. |
| **Loans that have been Consolidated and Transferred to ED** | Report Account Status Code **62**. |
| **Accounts with a Balance and Consumer who is responsible for payments is deceased** | Report Account Status Code **62** (paid account/was a collection account) and ECOA Code **X**.<br><br>If date of death of the consumer who is responsible for payments is prior to the first reporting by the guaranty agency, do not report the account. |
| **Accounts where student is deceased and the parent is responsible for payments** | Report Account Status Code **DA** to delete the account. |
| **Guaranty Agencies dissolving or undergoing bankruptcy** | Contact the Consumer Data Industry Association (CDIA) to determine the appropriate steps in the reporting process that would be unique to the agency's specific situation. |
| **Loans discharged due to school closure** | Report Account Status Code **DA** to delete the account. |
| **Loans discharged due to identify theft or, prior to discharge, when it is determined that the loan is the result of identity theft** | Report Account Status **DF** to delete the account. |
| **Loans that have an unpaid tuition refund** | Report Account Status 62 and Special Comment AU.  Note that the student paid the percentage of tuition owed and the remainder of the tuition was forgiven. |

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452   INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT   EXHIBIT 3

# FEDERAL LOANS –REPORTING GUIDELINES FOR POST-DEFAULT LOANS

| Total and Permanent Disability (TPD) Discharge Procedures for Non-defaulted FFELP Loans (Standard and VA) | |
|---|---|
| Do not report the account when a TPD claim is filed on a non-defaulted loan. | |

| Total and Permanent Disability (TPD) Discharge Procedures for Defaulted Loans (Standard and VA) | |
|---|---|
| **Initial indication of interest in TPD discharge by borrower** | When notice is received from ED that the borrower has indicated interest in a TPD discharge, continue to report the account as in collections (Account Status Code 93). |
| **Initial TPD application filed by borrower** | When notice is received from ED that the borrower has applied for a TPD discharge, continue to report the account as in collections (Account Status Code 93). |
| **TPD discharge not approved** | If the discharge is not approved, continue reporting the account normally going forward. |
| **TPD discharge approved** | Report the account with the following Base Segment fields:<br><br>• Account Status Code = 62 (Paid in full/was a collection account)<br>  **Note:** If the TPD effective date is prior to the date the guaranty agency or ED began reporting the loan, report Account Status **DA** to delete the account.<br><br>• Current Balance and Amount Past Due = 0<br>• Date of Account Information = Even though the Account Status is 62, report a date within the current month's reporting period.<br>• Date Closed = Date the TPD discharge was approved by ED.<br><br>**Notes:**<br>If notified by the guaranty agency or ED that the TPD effective date was prior to default and during the period that a prior servicer was responsible for reporting the account, the prior servicer should follow the reporting guidelines outlined above in the Lender/Servicer/Secondary Market Reporting Guidelines.<br><br>If a loan discharged under Standard TPD is reinstated within 3 years, a new account will have to be reported because the discharged account was reported as paid in full.  If Account Status 93 is reported on the new account, the ***original*** Date of First Delinquency must be reported. |

CASE NO. 1:20-CV-00452      INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT      EXHIBIT 3

# FEDERAL STUDENT LOAN GLOSSARY OF TERMS

### Borrower Defense to Repayment
Loan forgiveness for borrowers who took out federal student loans to attend a school if that school misled the borrower, or engaged in other misconduct in violation of certain state laws. The borrower must demonstrate that the school, through an act or omission, violated state law directly related to the borrower's federal student loan or to the educational services for which the loan was provided. In order for a student loan to be forgiven, the borrower must have approval from the U.S. Department of Education or a state court.

### Closed School Loan Discharge
Relief for borrowers who could not complete their program because the school closed while they were enrolled or borrowers who withdrew not more than 120 days before the school closed. In order for a student loan to be discharged, the student must have approval from the U.S. Department of Education.

### False Certification
Relief for borrowers for whom the school falsified the borrower's name on either the loan application or disbursement authorization, unless the student received the proceeds of the loan.

### Grace Period
The period of time between the end of the initial in-school period and the date repayment of the student loan is expected to begin.

### Guaranty Agency
A state or private nonprofit organization that has an agreement with the Secretary of the U.S. Department of Education, under which the organization will administer a student loan guarantee program under the Federal Family Education Loan Program (FFELP). The guaranty agency pays a claim to the original lender when a student defaults on a FFELP loan.

### Income Driven Repayment (IDR) Plans
Federal student loans may be repaid under one of several repayment plans which sets the borrower's monthly student loan payment at an amount that is intended to be affordable based on the borrower's income and family size.

### Initial In-School Period
The period of time immediately following the loan disbursement when the borrower is attending school and repayment is not required.

### Lender
A bank, credit union, savings and loan association, insurance company, or other lending institution, which makes or holds loans under the Federal Family Education Loan Program (FFELP) and is subject to examination and supervision by an agency of the United States.

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL STUDENT LOAN GLOSSARY OF TERMS

### Public Service Loan Forgiveness
Borrowers may be eligible for forgiveness of their Direct Loans if they make 120 monthly payments on the loans after Oct. 1, 2007, under certain repayment plans, while the borrower is employed full-time in a qualifying public service job. The borrower must not be in default and may not apply for forgiveness until after all of the required 120 qualifying monthly payments have been made.

### Rehabilitated Loans
Federal student loans that were previously in collections with a guarantor or the U.S. Department of Education.  The rehabilitation process requires that the student agree, in writing, to make nine voluntary, reasonable, and affordable monthly payments (as determined by the loan holder) within 20 days of the due date; and must make all nine payments during a period of 10 consecutive months.  At that time, the loan can then be resold to a new lender or the original lender.  When loans are rehabilitated, the original lender and guarantor are required to remove the record of default from the consumer's credit history.  However, the credit history will still reflect late payments that were reported by the loan holder before the loan went into default.

### Secondary Market
An entity which purchases student loan obligations from participating lenders in a secondary market and pays lenders par, premium or discount on the original principal balance of the note.  A secondary market may also service the loans that it purchases.

### Servicer
An organization that services (i.e., processes) a student loan debt following origination, to ensure due diligence of the debt with respect to enforcement of the terms of the promissory note as defined under Federal regulations.  A servicer collects payments, responds to customer service inquiries, and performs other administrative tasks associated with maintaining a federal student loan on behalf of a lender.

### Teacher Loan Forgiveness
A portion of the Federal Family Education Loan (FFEL) program whereby the Secretary of the U.S. Department of Education repays portions of student loans.  To qualify, the student must meet certain criteria, such as teaching, nursing, or volunteering through the Peace Corps.

*Copyright 2020 © Consumer Data Industry Association*

# FEDERAL STUDENT LOAN GLOSSARY OF TERMS

**Total and Permanent Disability Discharge**

Relief for borrowers who provide one or more of the following types of documentation: 1) Documentation from the U.S. Department of Veterans Affairs (VA) showing that the VA has determined that the borrower is unemployable due to a service-connected disability; 2) Social Security Administration (SSA) notice of award for Social Security Disability Insurance (SSDI) or Supplemental Security Income (SSI) benefits stating that the borrower's next scheduled disability review will be within five to seven years from the date of the borrower's most recent SSA disability determination; or 3) Certification from a physician that the borrower is totally and permanently disabled. The physician must certify that the borrower is unable to engage in any substantial gainful activity because of a medically determinable physical or mental impairment that can be expected to result in death, has lasted for a continuous period of not less than 60 months, or can be expected to last for a continuous period of not less than 60 months. In order for a student loan to be discharged, the borrower must have approval from the U.S. Department of Education.

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

# Student Loan Reporting – Private Loans

## GENERAL REPORTING GUIDELINES

Reporters of private student loan information include lenders, servicers and secondary markets.

The following reporting guidelines refer to all reporters of private student loan information:

- Report data in the standard Metro 2® Format, including the Header Record.

- Report all open accounts on a monthly basis.

- Report sold, transferred and paid accounts in the reporting period in which they are finalized.

- Do not report accounts prior to the first disbursement.

- Report the complete name, address, social security number and date of birth of the consumer.

- In the Identification Number field, report the internal code that identifies the lender or secondary market where information is verified.  For servicers, the Identification Number should refer to the current loan owner/holder; e.g., Servicer Name/Loan Owner Name.

- All parties reporting credit information must respond to consumer inquiries.

**Note: The guidelines in this document are specific to your industry and should be used in conjunction with specifications in the Metro 2® Format.  Refer to the Metro 2® Format for detailed information on segments and field information.**

*Copyright 2020 © Consumer Data Industry Association*

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

**All fields within the Metro 2® Format are required to be reported for each account.  The information below describes fields that require specific values.**

**Do not report a loan until a disbursement has been made.**

| | |
|---|---|
| Identification Number Base Segment, Field 5 | For loans reported by a servicer, the Identification Number should refer to the current loan owner/holder or servicer and loan owner/holder; e.g., Servicer Name/Loan Owner Name.<br><br>**Note:** Verification of accounts will be done with the servicer. |
| Account Type Code Base Segment, Field 9 | • 12 (Education) for installment accounts with Portfolio Type I (Installment)<br>• 15 (Line of Credit) for education line of credit accounts with Portfolio Type C (Line of Credit) |
| Highest Credit or Original Loan Amount Base Segment, Field 12 | The Highest Credit or Original Loan Amount should be increased for subsequent disbursements of a loan, and reduced for disbursements that are canceled or returned.<br><br>Do not increase this amount as a result of interest capitalization or fees incurred post-disbursement.<br><br>**Note:** Accounts with Account Type 12 report the original amount of the loan.  Accounts with Account Type 15 report the Highest Credit Amount. |
| Terms Duration Base Segment, Field 13 | For installment loans, report the maximum number of months allowed for repayment of the loan.<br><br>For line of credit accounts, report a constant of LOC.<br><br>When the loan is in a period during which payments are not required (i.e., initial in-school, grace, deferment, and forbearance periods), report Terms Duration as blank.<br><br>For loans that are reported as in collections (Account Status 93 or 62) or charged off (Account Status 97 or 64), continue to report Terms Duration normally.  Do not report a constant of 001. |

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| Account Status Code<br>Base Segment, Field<br>17A | • 11 = Open account in good standing<br><br>For those private student loans that are subject to delayed delinquency reporting based on loan holder requirements, Account Status 11 should be reported until the loan is 60 days past the due date as of the Date of Account Information.<br><br>• 11 with Terms Frequency D and Payment History Profile Character B = Open account/payments deferred/account was never in repayment<br><br>• 11 with Terms Frequency D and Payment History Profile Character D = Open account/payments deferred/account was previously in repayment or was previously reported as in repayment<br><br>**Note**: Terms Frequency Code D should be used with Account Status Code 11 and Amount Past Due = 0 when payments are not currently required (e.g., deferment, grace period, forbearance), but there is a future payment obligation.<br><br>• 71, 78, 80, 82–84 = the appropriate stage of delinquency (30 days to 180 or more days past the due date).  Refer to Account Status 11 above for exceptions due to delayed delinquency reporting.<br><br>• 13 = Paid/zero balance account (requires Payment Rating)<br><br>**Note**: For paid in full accounts, report the Date Closed. Also, report both the Current Balance and the Amount Past Due as zero.  Refer to Frequently Asked Question and Answer 39 for additional guidance on reporting accounts that are paid in full.<br><br>• 93 = Account assigned to internal or external collections<br><br>• 97 = Unpaid balance reported as a loss (charge-off)<br><br>• 62 = Account paid in full, was a collection account<br><br>• 64 = Account paid in full, was a charge-off<br><br>• DA = Delete entire account<br>• DF = Delete entire account due to confirmed fraud<br><br>**Note:** Refer to guidance throughout this module for specific situations on deleting accounts. |

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452   INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT   EXHIBIT 3

# PRIVATE STUDENT LOANS – LENDER SERVICER/SECONDARY MARKET

| | |
|---|---|
| Payment History Profile<br>Base Segment, Field 18 | Refer to Metro 2® Format module for standard guidelines on reporting up to 24 months of payment history.<br><br>The Payment History Profile will reflect accounts going from current to 30 days delinquent or from current to 60 days delinquent due to delayed delinquency reporting (refer to Account Status 11 above).<br><br>**Examples:**<br><br>• 332100000001221000000000 (first reported delinquent at 30 days)<br>• 332000000002200000000000 (first reported delinquent at 60 days)<br><br>For months during which payments were not required (i.e., initial in-school, grace, deferment and forbearance periods):<br><br>• Report value **D** for loans that were previously in repayment.<br><br>• Report value **B** for loans that have never been in repayment.<br><br>**Note**: If payment history was reported in error (i.e., account mistakenly reported as in repayment), report value **D**.<br><br>When adjusting the initial in-school or grace period status of a loan that covers one or more months previously reported in the Payment History Profile, the applicable months should be updated to reflect character D (no payment history available this month). |

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2020 © Consumer Data Industry Association*
CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

## PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| Special Comment<br>Base Segment, Field 19 | The Special Comments that apply to private student loans are listed below.  No other codes may be reported.<br><br>• **O** – when reporting a transfer to another servicer that is not due to a loan sale.  Refer to Frequently Asked Question and Answer 46 for additional reporting guidance.<br><br>• **AC** – when the borrower is paying under a partial payment agreement<br><br>• **AH** – when a loan is purchased by another company.  Refer to Frequently Asked Question and Answer 47 for additional reporting guidance.<br><br>• **AM** – when account payments are assured by wage garnishment (used when payments are being made through wage garnishment on an account that has been charged off or is in collections)<br><br>• **AS** – when the account is closed due to an internal refinancing.  Refer to Frequently Asked Question and Answer 42 (option 3) for additional reporting guidance.<br><br>• **AT** – when reporting an internal transfer that results in a new tradeline.  Refer to Frequently Asked Question and Answer 46 for additional reporting guidance.<br><br>• **AU** – when a loan is paid in full for less than the full balance.  Refer to Frequently Asked Question and Answer 38 for additional reporting guidance.<br><br>• **AW** – when the borrower is affected by a natural or declared disaster.  Refer to Frequently Asked Question and Answer 58 for additional reporting guidance.<br><br>• **BT** – when the borrower is required to make interest-only payments under the terms of the promissory note (e.g., a requirement to make interest-only payments during the initial in-school period).<br><br>• **CH** – when loan payments have been guaranteed or insured<br><br>• **CO** – when the loan has been permanently modified<br><br>**Note:**<br><br>Special Comment Code **CP** (Forbearance) should not be used for private student loans.  Forbearance should be reported similarly to deferment, as per FAQ 44. |

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

# PRIVATE STUDENT LOANS – LENDER /SERVICER/SECONDARY MARKET

| | |
|---|---|
| FCRA Compliance/Date of First Delinquency (DOFD)<br>Base Segment, Field 25 | Refer to Metro 2® Format module and Exhibit 9 (Explanation and Examples of FCRA Compliance/Date of First Delinquency) for standard guidelines on reporting DOFD according to hierarchy rules.<br><br>Regarding hierarchy rules 1 and 2: Report the date of the first 30-day delinquency that led to the Account Status or Payment Rating being reported even though reporting of delinquency may be delayed until the loan is 60 days past the due date because the loan is subject to delayed delinquency reporting. When the Account Status is 11 (Current), zero fill the Date of First Delinquency.  However, when reporting delinquent statuses, do not change/update the Date of First Delinquency unless the borrower has brought the account back to less than 30 days past the due date.  A borrower may be less than 60 days past the due date (i.e., Account Status 11) without triggering a change to the Date of First Delinquency.<br><br>(Example on next page) |

(continued)

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452      INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT      EXHIBIT 3

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| FCRA Compliance/Date of First Delinquency (DOFD) Base Segment, Field 25 (continued) | **Example:**<br><br>Refer to table below for example of DOFD reporting for loans that may not be reported as delinquent until 60 days past the due date. |
|---|---|

| Date of Account Information (Field 24) | Next Payment Due Date (not reported) | # of Days Past Due Date (not rptd.) | Account Status and Definition (Field 17A) | Date of First Delinquency (Field 25) |
|---|---|---|---|---|
| 03/31/2019 | 04/15/2019 | 0 | 11 (Current) | Zero fill |
| 04/30/2019 | 04/15/2019 | 15 | 11 | Zero fill |
| 05/31/2019 | 04/15/2019 | 46 | 11 | Zero fill |
| 06/30/2019 | 04/15/2019 | 76 | 78 (60-89 days past due date) | 05/15/2019 (30 days after 04/15/2019 due date) |
| 07/31/2019 | 04/15/2019 | 107 | 80 (90-119 days past due date) | 05/15/2019 (30 days after 04/15/2019 due date) |
| 08/31/2019 | 06/15/2019 | 77 | 78 | 05/15/2019 (30 days after 04/15/2019 due date) |
| 09/30/2019 | 06/15/2019 | 107 | 80 | 05/15/2019 (DOFD does not reset; borrower never less than 30 days delinquent) |
| 10/31/2019 | 08/15/2019 | 77 | 78 | 05/15/2019 (30 days after 04/15/2019 due date) |
| 11/30/2019 | 10/15/2019 | 46 | 11 | Zero fill |
| 12/31/2019 | 12/15/2019 | 16 | 11 | Zero fill (Borrower less than 30 days delinquent; DOFD will reset if future delinquency) |
| 01/31/2020 | 12/15/2019 | 47 | 11 | Zero fill |
| 02/28/2020 | 12/15/2019 | 75 | 78 | 01/14/2020 (30 days after 12/15/2019 due date) |
| 03/31/2020 | 12/15/2019 | 106 | 80 | 01/14/2020 (30 days after 12/15/2019 due date) |

*Copyright 2020 © Consumer Data Industry Association*

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| Consumer Information Indicator<br>Base Segment Field 38<br>J1 and J2 Segments – Field 11 | Used to specify that a consumer's student loan has been included in bankruptcy or a consumer cannot be located.  Refer to Exhibit 11 for a list of available indicators.<br><br>**Note:** Refer to FAQ 23 for guidelines on reporting an account when a consumer files bankruptcy, but the student loan is not included in the bankruptcy discharge. |
| K4 Segment<br>Deferred Payment information | Report for deferred loans:<br>• Specialized Payment Indicator = 02 (Deferred payment)<br>• Deferred Payment Start Date = date the first payment is due.  If not available, report the date on which the deferred period will end.<br><br>**Note:** If neither date is available, do not report the K4 Segment. |
| L1 Segment<br>Consumer Account Number Change | When account history can be verified, report one time when account numbers change due to an account acquisition or internal account number change.<br><br>Refer to FAQ 46 (option 2) for guidelines on reporting when account history cannot be verified by the new servicer. |

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2020 © Consumer Data Industry Association*

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| Single, Multiple and Refinanced Loans, Deferment or Forbearance, Loan Sales and Transfers, Co-Signer Release, Loan Defaults | |
|---|---|
| **Multiple disbursements of a single loan** | When a loan has multiple disbursements, report the loan as one account. <br><br> • Retain and do not change the original Consumer Account Number when additional disbursements are reported. <br><br> • Retain and do not change the original Date Opened after the loan is reported. <br><br> • Update the Original Loan Amount, Current Balance, and Scheduled Monthly Payment Amount (when in repayment) as applicable, to include totals for all disbursements.  Reduce these amount fields as applicable, due to the amount of any canceled or returned disbursements. <br><br> **Example**: If the loan is for $10,000 and the first disbursement is for $2,000, report the Original Loan Amount field as $2,000. If an additional disbursement is made for $8,000, increase the Original Loan Amount to $10,000.  If the $2,000 disbursement is subsequently canceled, reduce the Original Loan Amount to $8,000. <br><br> • If all disbursements are canceled or returned, report Account Status DA to delete the account. |
| **Multiple loans** | Multiple loans must be reported as separate accounts. |
| **Refinanced loans** | Internal Refinancing: Refer to Frequently Asked Question and Answer 42 for reporting guidance. <br><br> External Refinancing: When a loan is paid in full through refinancing, the original lender should report the loan with Account Status Code 13 and the appropriate Payment Rating. <br><br> The new refinanced loan, which paid the underlying loans in full, must be reported as a new account. |
| **Loans in deferment or forbearance when no payments are due** | Report private student loans in deferment or forbearance as deferred.  Refer to Frequently Asked Question and Answer 44 for specific reporting guidance. |

(continued)

*Copyright 2020 © Consumer Data Industry Association*

## PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| Loans sold <u>to</u> another company | Follow the standard guidelines in Frequently Asked Question and Answer 47 for loans sold to another company.<br><br>Report Special Comment Code **AH**. |
|---|---|
| Loans transferred <u>to</u> another servicer or lender | Follow the standard guidelines in Frequently Asked Question and Answer 46 for servicing transfers.<br><br>If FAQ 46 option 2 is followed, report Special Comment Code **O** (Account transferred to another company/servicer). |
| Loans purchased <u>from</u> another servicer or lender | Follow the standard guidelines in Frequently Asked Question and Answer 48 for transfers in as a result of a loan purchase. |
| Loans transferred in <u>from</u> another servicer or lender | Follow the standard guidelines in Frequently Asked Question and Answer 46 for servicing transfers.  Do not change the Date Opened; report the date opened with the original servicer. |
| Release of Co-Signer | If the co-signer of the private student loan is released from further liability on the loan, report ECOA Code **T** (Terminated) for the co-signer and discontinue reporting the co-signer going forward. |

(continued)

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452      INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT      EXHIBIT 3

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| **Private student loans that are transferred back to the lender by the servicer at the lender's request at the time of default[1]** | Follow the standard guidelines in Frequently Asked Question and Answer 46 for servicing transfers. If option 2 is followed, report Special Comment Code **O** (Account transferred to another company/servicer).<br><br>Options available to the servicer transferring the loan to the loan holder:<br>• Report Account Status Code **97** with the applicable Special Comment Code if the loan was charged off at the time of transfer.<br>• Report Account Status Code **93** if in collections at the time of transfer.<br><br>The loan holder receiving the loan from the servicer should report the account as a new tradeline.<br><br>Options available for the loan holder receiving the loan from the servicer:<br>• Report Account Status Code **97** if the loan is a charge off.<br>• Report Account Status Code **93** if the account is in collections. |
| **Private student loans that are not transferred to the lender by the servicer at the time of default[1]** | If the loans have been charged off, follow the standard guidelines in Frequently Asked Questions and Answers 34 or 65, as applicable.<br><br>Loans that are in collections should be reported with Account Status **93** and the Current Balance and Amount Past Due = outstanding balance amount. Account Status **62** should be reported when the loan is paid in full.<br><br>In both situations, if the account is settled for less than the outstanding balance, follow the guidance in Frequently Asked Question and Answer 38, which requires reporting Special Comment Code **AU** along with the applicable paid status. |

---

[1] Refer to the Private Student Loan Glossary of Terms at the end of this section for the standard definition of "default" as it applies to private student loans.

*Copyright 2020 © Consumer Data Industry Association*
CASE NO. 1:20-CV-00452   INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT   EXHIBIT 3

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| **Write-off of Private Student Loan Balances due to Death or Disability:** For private student loans, write-off reporting requirements apply following approval by the loan holder.  Practices among private loan lenders vary as to write-off options. | |
| **Write-off of loan due to the death of a student who is not a party to the loan (e.g., private student loan that is made to a parent)** | If the loan had been in repayment prior to the student's death, report Account Status Code **13**, Payment Rating **0**, Current Balance **0**, and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed. The Payment History Profile should be updated to reflect value **D** for months between the date of death and the reporting period in which the loan is reported with Account Status Code 13.<br><br>If the loan was in collections or charged off at the time of the student's death, report Account Status Code **62** or **64** as appropriate, plus Current Balance **0** and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed.<br><br>If payments on the loan were not yet required, the tradeline should be deleted.  Report Account Status Code **DA** to delete the account.<br><br>ECOA Code **X** should not be reported because the student who is deceased is not a party to the loan.  ECOA Code X must be reported only when a party to the loan is deceased. Refer to Frequently Asked Question and Answer 19 for reporting when a party to the loan is deceased. |
| **Write-off of loan due to the death of a party to the loan** | If the loan had been in repayment prior to the death of a party to the loan, report Account Status Code **13**, Payment Rating **0**, Current Balance **0**, and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed.  Report ECOA Code **X** in the applicable Base or J1/J2 Segment for the deceased party as described in Frequently Asked Question and Answer 19.<br><br>If the loan was in collections or charged off at the time of the party's death, report Account Status Code **62** or **64** as appropriate, plus Current Balance **0** and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed.<br><br>If payments on the loan were not yet required, the tradeline should be deleted.  Report Account Status Code **DA** to delete the account.<br><br>**Note:** When there are multiple parties to the loan (e.g., borrower and co-signer), the death of the co-signer may not cause the loan to be written off and the borrower may continue to be obligated.  In that instance, report ECOA Code X for the co-signer and continue to report the account for the borrower. |

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452     INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT     EXHIBIT 3

## PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| **Write-off of loan due to disability of the borrower** | If a write-off due to disability is granted by the lender, report the account as follows:<br><br>• If the effective date of the disability is prior to the date the loan entered repayment, or is prior to the date that the lender or servicer began reporting the loan, report Account Status **DA** to delete the account.<br><br>• If the loan had been in repayment prior to the effective date of the borrower's disability, report Account Status Code **13**, Payment Rating **0**, Current Balance **0** and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed.<br><br>The Payment History Profile should be updated to reflect value **D** (no payment history available this month) for months between the effective date of the disability and the reporting period in which the loan is reported with Account Status 13.  Adjustments to months earlier than the previous 24 months prior to the Date of Account Information must be corrected by submitting an AUD through e-OSCAR®.<br><br>**Note**: The effective date of the disability write-off will vary according to lender policy.  Common triggers include the date of the doctor's certification, the date the lender receives the disability request, or the date the lender approves the disability request.  Any delinquencies that occurred prior to the effective date of the disability should remain on the file and should not be deleted.<br><br>Date of Account Information = Report a date within the current month's reporting period even if the paid effective date was in a prior month.  Refer to Frequently Asked Question and Answer 39.<br><br>Date Closed = Date the disability write-off was approved by the lender.<br><br>• If the loan was in collections or charged off at the time of the effective date of the borrower's disability, report Account Status Code **62** or **64** as appropriate, plus Current Balance **0** and Amount Past Due **0** to indicate a paid/closed account, along with the appropriate Date Closed. |

*Copyright 2020 © Consumer Data Industry Association*
CASE NO. 1:20-CV-00452     INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT          EXHIBIT 3

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| Rehabilitated Private Student Loans |
|---|
| Section 623(a)(1) of the Fair Credit Reporting Act [15 U.S.C. 1681s-2(a)(1)] was amended by the Economic Growth, Regulatory Relief, and Consumer Protection Act (EGRRCPA) to provide that, a consumer may request a lender to remove from a consumer report a reported "default" regarding a private student loan, and such information shall not be considered inaccurate, if the lender chooses to offer a private student loan rehabilitation program that meets the requirements of section 623(a)(1). The term "default" as used in EGRRCPA is not a defined term for purposes of private student loans, but the student loan industry generally regards loans that are either in collections (Account Status Code 93) or charged off (Account Status Code 97) as being in default.<br><br>**Note:** Refer to the Private Student Loan Glossary of Terms at the end of this section for the standard definition of "default" as it applies to private student loans.<br><br>*Reporting guidance on following pages.* |

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*
CASE NO. 1:20-CV-00452   INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT   EXHIBIT 3

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| **Rehabilitated private student loan that had been transferred back to the lender at the lender's request at time of default and returns to the same servicer post-rehabilitation** | Servicer reporting: <br><br> If the servicer's Account Number is changed from the original number, report an L1 Segment. <br><br> Follow the guidance below depending on the Account Status Code previously reported: <br> • If the servicer had previously reported a loan as charged-off using Account Status Code 97, the servicer must remove the Account Status Code 97 and the Payment History Profile code L if the loan is later rehabilitated.  Begin reporting Account Status Code **11** once the loan is rehabilitated. <br> • If the servicer had previously reported a loan as being in collections using Account Status Code 93, the servicer must remove the Account Status Code 93 and the Payment History Profile code G if the loan is later rehabilitated.  Begin reporting Account Status Code **11** once the loan is rehabilitated. <br><br> Payment History Profile = In both situations described above, report value **D** (no payment history available this month) in the positions representing the months going back to the effective date of the rehabilitation.  Adjustments to months earlier than the previous 24 months prior to the Date of Account Information must be corrected by submitting an AUD through e-OSCAR®. <br><br> **Note:** If the servicer had only reported the account as delinquent, using the Account Status Code applicable to the level of delinquency, and has not reported the loan as in collections (Account Status Code 93) or as a charge-off (Account Status  Code 97), no changes to prior reporting are needed if the loan is later rehabilitated.  Begin reporting Account Status Code **11** once the loan is rehabilitated. <br><br> Lender reporting: <br><br> If the lender reported either Account Status Code 93 (in collections) or Account Status Code 97 (charge-off) during the period that it held the loan, the tradeline should be deleted when the loan is successfully rehabilitated by reporting Account Status Code **DA**. |

(continued)

*Copyright 2020 © Consumer Data Industry Association*
CASE NO. 1:20-CV-00452   INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT   EXHIBIT 3

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| **Rehabilitated private student loan that had been transferred back to the lender at the lender's request at the time of default and is assigned to a different servicer post-rehabilitation** | Former Servicer reporting: <br><br> • If the servicer had previously reported a loan as charged-off using Account Status Code 97, the servicer must remove the Account Status Code 97 and the Payment History Profile code L if the loan is later rehabilitated. <br> • If the servicer had previously reported a loan as being in collections using Account Status Code 93, the servicer must remove the Account Status Code 93 and the Payment History Profile code G if the loan is later rehabilitated. <br><br> Payment History Profile = In both situations described above, report value **D** (no payment history available this month) in the positions representing the months going back to the effective date of the rehabilitation.  Adjustments to months earlier than the previous 24 months prior to the Date of Account Information must be corrected by submitting an AUD through e-OSCAR®. <br><br> **Note:** If the servicer had only reported the account as delinquent, using the Account Status Code applicable to the level of delinquency, and had not reported the loan as in collections (Account Status Code 93) or as a charge-off (Account Status Code 97), no changes to prior reporting are needed if the loan is later rehabilitated. <br><br> New Servicer reporting: <br><br> If the private student loan is rehabilitated, the new lender/servicer should report the loan as a new account going forward.  Payment history reported prior to the default should not be included with the new account. <br><br> Lender reporting: <br><br> If the lender reported either Account Status Code 93 (in collections) or Account Status Code 97 (charge-off) during the period that it held the loan, the tradeline should be deleted when the loan is successfully rehabilitated by reporting Account Status Code **DA**. |

(continued)

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2020 © Consumer Data Industry Association*

# PRIVATE STUDENT LOANS – LENDER/SERVICER/SECONDARY MARKET

| | |
|---|---|
| **Rehabilitated private student loan that continued to be held by the servicer and was not transferred back to the lender at the lender's request at time of default** | Servicer reporting: <br><br> If the servicer's Account Number is changed from the original number, report an L1 Segment. <br><br> Follow the guidance below depending on the Account Status Code previously reported: <br> • If the servicer had reported a loan as charged-off using Account Status Code 97, the servicer must remove the Account Status Code 97 and the Payment History Profile code L if the loan is later rehabilitated.  Begin reporting Account Status Code **11** once the loan is rehabilitated. <br> • If the servicer had reported a loan as being in collections using Account Status Code 93, the servicer must remove the Account Status Code 93 and the Payment History Profile code G if the loan is later rehabilitated.  Begin reporting Account Status Code **11** once the loan is rehabilitated. <br><br> Payment History Profile = In both situations described above, report value **D** (no payment history available this month) in the positions representing the months going back to the effective date of the rehabilitation.  Adjustments to months earlier than the previous 24 months prior to the Date of Account Information must be corrected by submitting an AUD through e-OSCAR®. <br><br> **Note:** If the servicer had only reported the account as delinquent, using the Account Status Code applicable to the level of delinquency, and had not reported the loan as in collections (Account Status Code 93) or as a charge-off (Account Status Code 97), no changes to prior reporting are needed if the loan is later rehabilitated.  Begin reporting Account Status Code **11** once the loan is rehabilitated. |

*Copyright 2020 © Consumer Data Industry Association*

CASE NO. 1:20-CV-00452    INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT    EXHIBIT 3

# PRIVATE STUDENT LOAN GLOSSARY OF TERMS

**Charge-off**
Private student loan lenders employ various criteria as to when they may consider a loan charged off.  The period of time from delinquency to charge off varies from 60 days to 221 days, with 120 days delinquent being a common period used by private student loan lenders.

**Default**
The term "default" is not a defined term for purposes of private student loans as it is for federal student loans, but it is used as the trigger for private loan rehabilitation in the Economic Growth, Regulatory Relief, and Consumer Protection Act (EGRRCPA), which amends section 623(a)(1) of the Fair Credit Reporting Act (FCRA).  The student loan industry and the consumer reporting industry have agreed on the following standard definition of default as it applies to private student loans.  A private student loan is considered to be "defaulted" when (1) it is placed in collections (Account Status Code 93) or (2) when it is charged off (Account Status Code 97).

**Disability Write-off (Reduction/elimination of the outstanding loan balance)**
Some lenders may offer relief for borrowers who provide documentation of disability; the lender may write off or forgive the loan.  These programs may be modelled on the Department of Education's criteria for total and permanent disability (TPD) discharge, or the lender may employ its own criteria.  The effective date of the write-off may vary as well; some lenders employ the date that a doctor provided a certificate of disability, while others use the date that the lender approved the disability write-off.

**Grace Period**
For some private student loans, the period of time between the end of the initial in-school period and the date repayment of the student loan is expected to begin.

**Initial In-School Period**
For some private student loans, the period of time immediately following the loan disbursement when the borrower is attending school and repayment is not required.

**Lender**
A bank, credit union, savings and loan association, insurance company, state agency, non-profit organization, or other lending institution, which makes or holds private student loans.

**Rehabilitated Loans**
Section 623(a)(1) of the Fair Credit Reporting Act [15 U.S.C. 1681s-2(a)(1)] was amended by the Economic Growth, Regulatory Relief, and Consumer Protection Act (EGRRCPA) to provide that, a consumer may request a lender to remove from a consumer report a reported "default" regarding a private student loan, and such information shall not be considered inaccurate, if the lender chooses to offer a private student loan rehabilitation program that meets the requirements of section 623(a)(1). The term "default" as used in EGRRCPA is not a defined term for purposes of private student loans, but the student loan industry generally regards loans that are either in collections (Account Status Code 93) or charged off (Account Status Code 97) as being in default.

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2020 © Consumer Data Industry Association*

# PRIVATE STUDENT LOAN GLOSSARY OF TERMS

**Secondary Market**
An entity which purchases student loan obligations from participating lenders in a secondary market and pays lenders par, premium or discount on the original principal balance of the note.  A secondary market may also service the loans that it purchases.

**Servicer**
An organization that services (i.e., processes) a student loan debt following origination, to ensure due diligence of the debt with respect to enforcement of the terms of the promissory note as defined under Federal regulations.  A servicer collects payments, responds to customer service inquiries, and performs other administrative tasks associated with maintaining a federal or private student loan on behalf of a lender.

**Write-off**
Some lenders may write off the outstanding balance of a private student loan under certain circumstances such as the death or disability of the borrower.  Policies vary from lender to lender.  This document uses the term "write-off" for consistency's sake but be aware that different lenders may use various terms such as write-off or forgiveness or discharge to describe the process.  Forgiveness or discharge of private student loans should not be confused with forgiveness and discharge in the federal student loan programs.  And write-off is not the same as charge-off; it is merely the reduction/elimination of the outstanding loan balance on the lender's books.

*Copyright 2020 © Consumer Data Industry Association*
CASE NO. 1:20-CV-00452          INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT          EXHIBIT 3