## ACDV REQUEST / RESPONSE

| | |
|---|---|
| **Subscriber Code:** 3067246 Navient | **Date:** 12/11/2019 |
| **Account number:** REDACTED 0131 | **Control #:** 349885435600000000000020476637 |
| **Response Code:** 21 | **FCRA Response Due Date:** 01/04/2020 |
| **DF Contact #:** | **Response Date:** 12/27/2019 |
| | **CIA ID:** 1000953 |

| Request Data | Response Data | Change |
|---|---|---|
| **Name:** F - Tiffany M - L - Grays G - | **Name:** F - M - L - G - | |
| **Address:** 15651 E Caspian Cir Apt 13-306 Aurora, CO 80013 | **Address:** , | |
| **Prev Name:** F - M - L - G - | **Prev Name:** F - M - L - G - | |
| **Prev Address:** 15651 E CASPIAN CIR APT 13-306 AURORA, CO 800136379 | **Prev Address:** , | |
| **SSN:** REDACTED 0590 | **SSN:** | |
| **DOB:** REDACTED 1983 | **DOB:** | |
| **Telephone No:** (303) 641-1277 | **Telephone No:** | |

| Dispute Code 1: 106 | Dispute Code 2: | FCRA Relevant Information: | Page 15 shows ok in march 2014 then 90 days late in April then 150 late in May 2014. Same for October and November 2014. Cannot be ok then 90 days late. Cannot be 90 days late then 150 days late 30 days later. |
|---|---|---|---|

| | Request | Response | | Request | Response |
|---|---|---|---|---|---|
| **Acct Type:** | 12 | 12 | **Term Frequency:** | | |
| **Acct Status:** | 13 | 13 | **High Cr. Amount:** | $25,463 | $25,463 |
| **Payment Rating:** | | 0 | **Credit Limit:** | $0 | |
| **Special Comment Code:** | | | **Orig Chg Off Amt:** | $0 | $0 |
| **Compl Condition Code:** | | | **Deferred Payment Start Date:** | | |
| **Portfolio Type:** | I | I | **Interest Type Indicator:** | | |
| **Opened Date:** | 01/31/2007 | 01/31/2007 | **Balloon Payment Amt:** | $0 | |
| **Closed Date:** | 08/17/2016 | 08/17/2016 | **Balloon Due Date:** | | |
| **Date of First Delinquency:** | | | **ECOA:** | 1 | |
| **Current Balance:** | $0 | $0 | **Consumer Info Indicator:** | | |
| **Date of Last Payment:** | 08/17/2016 | 08/17/2016 | **Special Payment Ind:** | | |
| **Past Due Amount:** | $0 | $0 | **Activity Date:** | 08/17/2016 | 08/17/2016 |
| **Scheduled Payment:** | $0 | $0 | **Agency ID:** | | |
| **Actual Payment:** | $0 | $0 | **Sec Mktg Agency Acct #:** | | |
| **Term Duration:** | 240 | 240 | **Mortgage ID:** | | |
| **Orig Creditor Class:** | | | **Port Purch Sale Indicator:** | | |
| **Orig Creditor Name:** | | | **Purch From/Sold to:** | | |

### Account History

| Year | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | | | | | | | | | | | | |
| | | | | | | | | | | | | D |
| 2013 | | | | | | | | | | | 0 | 0 |
| | D | D | D | D | D | D | D | D | D | D | 0 | 0 |
| 2014 | 0 | 0 | 0 | 3 | 5 | D | 0 | 0 | 3 | 4 | D | |
| | 0 | 0 | 0 | 3 | 5 | D | 0 | 0 | 3 | 4 | D | |
| 2015 | D | D | D | D | 0 | 0 | D | D | D | D | D | |
| | D | D | D | D | 0 | 0 | D | D | D | D | D | |
| 2016 | D | D | D | D | 0 | D | | | | | | |
| | D | D | D | D | 0 | D | 0 | D | D | D | | |
| 2017 | | | | | | | | | | | | |
| | D | D | D | D | D | D | D | D | D | D | D | |
| 2018 | | | | | | | | | | | | |
| | D | D | D | D | D | D | D | D | D | D | D | |
| 2019 | | | | | | | | | | | | |
| | D | D | D | D | D | D | D | D | | | | |

| Associated Consumer 1 |
|---|
| Name: |
| Address: , |
| SSN: |
| DOB: |
| Telephone No: |
| ECOA/CII: / |

| Associated Consumer 2 |
|---|
| Name: |
| Address: , |
| SSN: |
| DOB: |
| Telephone No: |
| ECOA/CII: / |

**Submitted By:** Navient Batch          **Tel#:** 3022831000

CASE NO. 1:20-CV-00452          INNOVIS ANSWER TO GRAYS SECOND AMENDED COMPLAINT          EXHIBIT 5