IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TIFFANY GRAYS,<br><br>                              Plaintiff,<br>v.<br><br>NAVIENT CORP., *et al.*<br><br>                              Defendants. | Case No. 1:20-cv-00452-WJM-SKC |

**JOINT MOTION TO RESTRICT PUBLIC ACCESS TO FILINGS
BY PLAINTIFF AND BY DEFENDANT INNOVIS**

Plaintiff Tiffany Grays and Defendant Innovis Data Solutions, Inc. have agreed to settle and resolve their dispute.  ECF 73.

The terms of that agreement require that Innovis's consumer disclosures to Plaintiff, which Innovis filed at ECF 63-1 and 63-2, be restricted from public access.

This restriction would also resolve one of the discovery disputes that Plaintiff raised in the Joint Statement that she and Innovis filed at ECF 70.

Plaintiff and Innovis respectfully submit that granting this request will not impede the right of the public or the other parties to know about Plaintiff's claims and their resolution.  It will simply prevent people from seeing the details of Plaintiff's credit history, which she contends are not generally relevant to this litigation.

WHEREFORE, Plaintiff and Innovis respectfully move this Honorable Court to place the documents at ECF 63-1 and 63-2 under Level 3 restriction, such that neither the public, nor the other parties to this case, nor Plaintiff and Innovis, can access them.

A draft Order that would grant the relief requested is being filed with this motion.

- 2 -

| /s/ Tiffany Grays | /s/ Jason A. Spak |
|---|---|
| Tiffany Grays | Jason A. Spak |
| PO Box 472322 | FISHERBROYLES, LLP |
| Aurora, CO 80047 | P.O. Box 5262 |
| (720) 623-1883 | Pittsburgh, PA 15206 |
| Legalgrays@gmail.com | Telephone: (412) 401-2000 |
|  | Facsimile: (412) 774-2382 |
|  | Email: jason.spak@fisherbroyles.com |

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2020, I filed a true and correct copy of the foregoing **Joint Motion to Restrict Public Access to Filings** with the Court's Electronic Case Filing system, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

/s/ Jason A. Spak
Jason A. Spak
Counsel for Innovis