IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 20-cv-00452-WJM-SKC | Date: December 29, 2020 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

| *Parties:* | *Counsel:* |
|---|---|
| TIFFANY GRAYS, | Nicholas Lutz (limited appearance) |
| | Pro se |
| Plaintiff, | |
| v. | |
| NAVIENT SOLUTIONS, LLC, | Jordan O'Donnell |
| EQUIFAX, | No appearance |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: TELEPHONE DISCOVERY HEARING**
**Court in session: 11:03 a.m.**
Court calls case.  Appearances of counsel.

This hearing is before the Court to discuss discovery disputes.

Issue 1) Navient's response to Plaintiff's request for production 6: During this litigation, Ms. Grays is not permitted to directly contact Navient, or individuals who work at Navient, without permission from Mr. O'Donnell.  The Court takes this issue UNDER ADVISEMENT.

Issue 2) Navient's response to Plaintiff's interrogatory 14: The Court sustains Navient's objections in part.  The Court will allow a narrowly tailored request in which Ms. Grays identifies the particular emails, letters, or recordings that she wants the identity of.  Defendant shall provide the names and indicate if they are a current or former employee of Navient.  Ms. Grays should then determine is she wants to depose or independently contact those individuals and confer with Mr. O'Donnell.  Ms. Grays shall provide her list to Mr. O'Donnell by December 30, 2020.  Mr. O'Donnell shall provide the list of names by January 13, 2021.

| | | |
|---|---|---|
| Hearing Concluded. | **Court in recess: 11:51 a.m.** | Total time in court: 00:48 |

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.