IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 20-cv-00452-WJM-SKC　　　　Date: February 25, 2021
Courtroom Deputy: Amanda Montoya　　　　FTR – Reporter Deck-Courtroom C-201*

| *Parties:* | *Counsel:* |
|---|---|
| TIFFANY GRAYS, | Pro se |
| Plaintiff, | |
| v. | |
| NAVIENT SOLUTIONS, LLC, | Jordan O'Donnell |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 01:30 p.m.**
Court calls case.  Appearances of counsel.

This hearing is before the Court to discuss pending discovery disputes.  The Court has reviewed emails submitted by both parties.

1) Interrogatories 1-4: The Court determines that defendant's subparts in interrogatories 1-4 are appropriate.  The Plaintiff shall respond to these interrogatories.

2) Plaintiff directing Defendant in responses: In responses to written discovery, Plaintiff needs to provide a response to the questions being posed.  Mr. O'Donnell shall confer with Plaintiff to determine which responses directed him to find the answers.  Ms. Grays will need to provide answers to those discovery requests as well as the remaining subparts that she did not originally answer.

To the extent Mr. O'Donnell intends to serve discovery over the limitations, a motion must be filed.

3) Plaintiff's notice of deposition: When noticing depositions, parties shall confer to determine mutually agreeable dates and times.  A separate notice of deposition shall be made for each person and entity.  Mr. O'Donnell represents that they have submitted everything they have in reference to c-codes and e-codes.

**ORDERED:**  A continuation of today's hearing is set for February 26, 2021 at 10:00 a.m.  At the scheduled time, counsel shall call the Court provided conference line at (888) 251-2909 Access Code: 5662814#.

HEARING CONCLUDED.
**Court in recess: 02:29 p.m.**
Total time in court: 00:59

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.