
www.Navient.com

Exhibit 3

Office of the Customer Advocate
PO Box 4200
Wilkes-Barre, PA  18773-4200
Phone: 888-545-4199
Fax: 570-821-4556
Advocate@navient.com

October 9, 2020

Ms. Tiffany T. Grays
legalgrays@gmail.com

**RE:  Your Student Loan Account :███████9924**

Dear Ms. Grays:

Thank you for reaching out to the Office of Customer Advocate with your concerns regarding your Federal Consolidation Loan previously serviced by Navient.

Please understand that Federal Stafford Loans are granted only one uninterrupted six-month Grace Period over the life of the loans.  The Grace Period occurs after the first separation from school, or when your enrollment status drops below half time for the first time.  If a customer returns to school after their Grace Period has been used, the loans can enter an In-School Deferment while the customer is enrolled at least half time at an eligible school.  If the customer separates from school or drops below half time enrollment, the loans will enter repayment.  They do not receive a second Grace Period.

Federal Consolidation Loans do not receive a six-month Grace Period after an In-School Deferment.  Consolidation applications can be submitted any time during the Grace Period or once in repayment status; however, customers are encouraged to take advantage of their full grace period.

On December 4, 2013, we received notification from the National Student Loan Clearinghouse that you withdrew from school effective October 27, 2013.  The National Student Loan Clearinghouse reports higher education enrollment.  Because you did not have a Grace Period on your Federal Consolidation Loan, your account went directly into repayment.  An Administrative Forbearance was processed from October 28, 2013 through December 3, 2013, and the attached Change in Terms notice was sent December 4, 2013 advising that your payment would be due January 1, 2014.  A deferment form was not submitted for this update.  There is no record of you contacting us to advise that you withdrew from school.

As you requested, we did contact Front Range Community College.  The Registrar's Office was unable to verify your enrollment; however, they advised that if you were attending at least half time, it would be reported on the National Student Loan Data System (NSLDS).

As previously advised, Navient reported your Federal Consolidation Loan to the consumer reporting agencies at the end of each month and only reported it as past due if it was 90 or more days past due.

Navient made telephone call attempts and sent out the enclosed notices in attempt to assist you with the repayment of your loan.  We did not speak with you until June 2, 2014.  During this

T. Grays
October 9, 2020
Page 2

Exhibit 3

conversation, you did advise that you were in school, and your account was placed on hold until July 1, 2014 awaiting the return of enrollment verification, which was not received.

We did not have contact with you again until December 4, 2014, and your account was brought current after speaking with you regarding repayment and deferment options. We also assisted you with accessing your online account. On December 9, 2014, we processed an Unemployment Deferment from October 1, 2014 through June 3, 2015.

Per your additional request received Tuesday, October 6, 2020, we have enclosed status histories for your federal loans. We have also provided copies of your Promissory Notes for your underlying Federal Stafford Loans and your Federal Consolidation Loan.

Regarding the credit reporting, we are happy to advise that we have submitted an update to the consumer reporting agencies to replace the 150 day past due remark to 120 days for the end of May 2014. Please allow sufficient time for the consumer reporting agencies to update your credit report.

You're welcome to call me directly at 888-545-4199, x418358, with any questions you may have.

Sincerely,

*Kimberly Williams*

Kimberly Williams
Office of the Customer Advocate
Navient

Enclosures

cc: Mr. Robert Carr, Office of the Colorado Attorney General