UNITED STATES DISTRICT COURT
for the
District of Colorado

Case No. **20-cv-00452-WJM-SKC**

Tiffany Grays, *pro se*
*Plaintiff(s)*

- V -

Equifax Inc. d/b/a/ Equifax Information Services LLC., Trans Union LLC., Innovis Data Solutions, Inc., Navient Corporation d/b/a Navient Solutions, Inc.
*Defendant(s)*

# PLAINTIFF'S STATUS REPORT ON OUTSTANDING DISCOVERY DISPUTES

Plaintiff Tiffany Grays, *pro se*, files this Status Report pursuant to ECF No. 115 as the following discovery disputes remain pending before the Court. Plaintiff's Status Report is untimely, as Plaintiff was hospitalized and was just released with COVID. Plaintiff conferred with counsel for Navient who was agreeable to Plaintiff filing this Status Report today.

The following discovery disputes remain pending before the Court:

Plaintiff's Motion to Compel Defendant NSL's Compliance with Federal Rules of Civil Procedures 26 and 34, to deem responses admitted under Rule 36, and for sanctions under Rule 37, Leave to amend the scheduling order and to file the Third Amended Complaint, all in ECF No. 103.

1. Deem the Second RFAs as admitted;
2. Compel NSL's compliance with the Rules for the duration of the case;

1

3. Compel NSL to provide the contact information for every person identified in Interrogatory 14;

4. Amend the Scheduling Order by:

    a. Increase admissions and interrogatories by an additional 10 requests each;

    b. Increase depositions for the Plaintiff to 25;

    c. Giving parties 90 days after the entry of its Order to,

        i. Service of Interrogatories, Requests for Production of Documents and/or Admissions;

        ii. Amend Pleadings; and

        iii. Allow Plaintiff to Conduct Depositions

5. Award reasonable costs, expenses, and fees to the Plaintiff in preparing and filing this motion.

6. NSL has failed to supplement any responses provided. There are additional entries in Plaintiff's records since NSL made the original disclosures, which NSL has not disclosed. When asked to supplement, NSL asked Plaintiff to supplement her disclosures, which Plaintiff had already done.

Respectfully Submitted,

/s/ Tiffany Grays, pro se

Tiffany Grays
PO Box 472322
Aurora, CO  80047
(720) 623-1883
Legalgrays@gmail.com

# UNITED STATES DISTRICT COURT
for the
## District of Colorado

Tiffany Grays, *pro se*                               **20-cv-00452-WJM-SKC**
        v
Navient Solutions, et al

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2021, I have filed the foregoing with the Clerk of Court using the CM/ECF system, which will also e-mail a true and correct copy of this document to the following:

DOCUMENT: **PLAINTIFF'S STATUS REPORT ON OUTSTANDING DISCOVERY DISPUTES**

Jordan S. O'Donnell
jodonnell@hinshawlaw.com
Dennis N. Lueck
DLueck@hinshawlaw.com
**Counsel for Navient Defendants**

                                                          /s/ Tiffany Grays, pro se

Tiffany Grays
PO Box 472322
Aurora, CO  80047
(720) 623-1883
Legalgrays@gmail.com