IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 20-cv-00452-WJM-SKC          Date: October 7, 2021
Courtroom Deputy: Román Villa               FTR – Reporter Deck-Courtroom C-201*

*Parties:*                                                         *Counsel:*

TIFFANY GRAYS,                                            Pro se

   Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,                           Dennis Lueck, Jr.

   Defendant.

## COURTROOM MINUTES

**HEARING: TELEPHONE DISCOVERY HEARING**
**Court in session: 2:07 p.m.**
Court calls case. Appearances of counsel.

This hearing is before the Court to discuss discovery issues as discussed in *[131] Plaintiff's Motion for Discovery Hearing.*

For the reasons set forth in the record, it is

**ORDERED**:   The parties shall email RFA's 6, 8, 9, 13, and 14; interrogatories 16 and 17 from the third set of interrogatories; and RFP's 22 and 23 from the third set of RFP's with their responses to crews_chambers@cod.uscourts.gov by the close of business day, October 8, 2021.

**ORDERED**:   The parties shall confer and get the depositions scheduled and taken.

**ORDERED:**   The issue of Plaintiff's supplemental responses to the interrogatories addressed by Dkt. 121 is taken under advisement. Counsel shall also email those supplemental responses to Chambers along with the other discovery items noted above.

Hearing Concluded.

**Court in recess: 2:41 p.m.**
Total time in court: 00:34

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.
.