| | |
|---|---|
| **From:** | Legal Grays |
| **To:** | Lueck, Dennis; Crews Chambers |
| **Subject:** | Re: Plaintiff Being Denied Access to Courtroom |
| **Date:** | Wednesday, October 27, 2021 12:16:29 PM |

**CAUTION - EXTERNAL:**

Dear Judge Crews,

I accidentally only sent this to counsel.

On Wed, Oct 27, 2021, 11:10 AM Legal Grays <legalgrays@gmail.com> wrote:
> Dear Judge Crews,
>
> Plaintiff is in the courtroom lobby being denied access to the courtroom because I refused to tell who I believe is Marshall Lee which courtroom I am going to. I asked for a rule or law that requires me to identify which courtroom, he refused to provide.
>
> I asked for a sergeant. Sergeant Garcia came down and said there is no rule of law but they ask out of courtesy. I said I don't have to answer your abuse of authority questions. I'm here for court and presented my ID. Garcia then said I can't come in because I don't want to hear why they are asking, I only wanted the rule or law.
>
> So I am downstairs being denied access. Can we move this hearing to phone?
>
> The last time I was here I received similar disparate treatment for exercising my rights.
>
> Thank you

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.