IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00452-CPG
TIFFANY GRAYS,

       Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,
EQUIFAX, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and
INNOVIS DATA SOLUTIONS, INC.,

       Defendants.

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the Bar of this Court, and I appear in this case as counsel for Defendant Navient Solutions, LLC.

Dated: October 28, 2021.

       */s/ Michael Joseph Kaufmann*
       Michael Joseph Kaufmann

       **SPENCER FANE**
       1700 Lincoln Street, Ste. 2000
       Denver, CO 80203
       Tel: (303) 893-3794
       mkaufmann@spencerfane.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

slemberg@lemberglaw.com


                                          */s/ Michael Kaufmann*
                                          Michael Kaufmann

DN 6255680.1
303260618v1 1017491