

October 31, 2021

To Whom it may concern

This letter is in support of my patient Tiffany Grays, who is seeking reassignment of her case to a virtual court venue. I believe my patient is current unable to attend court physically due to being psychiatrically disabled by severe symptoms of Post Traumatic Stress Disorder and Major Depressive Disorder that are triggered in the presence of uniformed law enforcement personnel. These symptoms include hyperarousal and reactivity, including persistent perceptions of heightened current threat and increased distress.  My patient has a documented history of multiple physical assaults to her person.

Ms Grays would benefit from being able to avoid the gauntlet of courthouse security and be able to present her case via video from the safety of her home.

Ms Grays also continues to cope with persistent symptoms of Long Covid after inpatient hospitalization for Covid19 in April 2021 which include excessive mental and physical fatigue which would also be less like exacerbated If she were able  to attend court virtually.

Please feel free to contact me with further questions or concerns

Respectfully,

*K Ann Terrill NP CNS*

Kathryn Ann Terrill  MSN PMHCNS-BC,  RXN
Nurse Practitioner, ANCC Board Certified in Adult Psychiatric Mental Health


Alder Grove Health Services
90 Madison Street Suite 302
Denver, CO 80206
720-331-6899 x16
Katerrill@aldergrovegroup.com

90 Madison Street
Suite 102
Denver, Colorado 80206
Phone: 720-331-6899
Fax: 720-889-9496

Maria Droste Counseling Center
1355 South Colorado Boulevard
Suite C-120
Denver, Colorado 80222
Phone: 720-331-6899 x5
Fax: 720-889-9496

10465 Melody Drive
Suite 226
Northglenn, Colorado 80234
Phone: 720-331-6899
Fax: (720) 306-5499

7035 Campus Drive
Suite 906
Colorado Springs, Colorado 80920
720-331-6899
Fax: 720-889-9496



**Amber N. Smith, MA, M.Ed., LPC, RDT**
Licensed Mental Health Therapist
Centus Counseling, Consulting and Education
2696 S. Colorado Blvd. Ste#580
Denver, CO. 80222
(303) 319-9823
asmith@centus.org

U.S. District Court
District of Colorado
1929 Stout St.
Denver, CO. 80294

To Whom It Most Concerns:                                                   11/1/2021

    I am writing with the permission and at the request of my Client, Tiffany Grays. Ms. Grays expressed to me, that when she attempts to enter the court buildings, she is often harassed by the security at the door as well as the supervisor of said security. Due to her past traumas with law enforcement, court officials and the consistent and non-stop harassment she has experienced that triggers her diagnosis of PTSD. It is my professional recommendation that appropriate accommodations are provided to Ms. Grays including but not limited to, appointment of counsel.

    Each interaction continues to exacerbate her symptoms and has caused severe detriment to her healing process.

Sincerely,

*Amber*

Amber N. Smith, MA, M.Ed., LPC, RDT

**Centus MAILING ADDRESS:** • 2696 S. Colorado Blvd. Suite 580. • Denver, Colorado 80222
**PHONE:** 303-639-5240    **WEBSITE:** www.centus.org