United States District Court for the District of Colorado
ATTN: Records Custodian
Record/Information Dissemination Section
901 19th St.
Denver, CO 80294

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 NOV -1 PM 3: 59
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

20-CV-00452-WJM-SKC

November 01, 2021,

Dear Records Custodian

RE: Freedom of Information Act Request

This letter constitutes a second request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of Tiffany Grays ("Citizen") to the United States District of Colorado.

Citizen seeks all internal and external documents, internal and external communications, internal and external emails, internal and external chat messages, radio, telephonic, electronic, video graphic; everything related to Citizen being upon the Bryon G Rodgers courthouse located at 1929 Stout St., Denver, Colorado 80294 on October 27, 2021, including but limited to:

1. Video and audio from the lobby for the entire days of October 26, 2021, October 27, 2021, and October 28, 2021;
2. Video and auto of LEAD CSO Garcia's actions from 10am to 12pm;
3. Audio from phone calls with the clerk;
4. Everything related to the issue involving Citizen being denied access to the courtroom.

Citizen also seeks the names and positions of the security officers and U.S. Marshalls who made contact with Citizen between 10am and 12pm on October 27, 2021 in lobby of the Bryon G Rodgers courthouse located at 1929 Stout St., Denver, Colorado 80294.

Citizen further seeks the operative contract for security officers working at the Bryon G Rodgers courthouse located at 1929 Stout St., Denver, Colorado 80294 between 10am and 12pm on October 27, 2021.

## Conclusion

Thank you for your consideration of this request. As provided in 5 U.S.C. § 552(a)(6)(A)(i), we will anticipate your response within 20 business days. Please submit the records via an online link available for download, by sending an email to: LegalGrays@gmail.com and/or for any item responsive to this request can be sent to: P.O. Box 472322 Aurora, CO, 80047.

Respectfully submitted,

Tiffany Grays
Concerned Citizen

(VIA PERSONAL SERVICE)

1