# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 NOV -1 PM 3: 59
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Case No. **20-cv-00452-WJM-SKC**

Tiffany Grays, *pro se* )
*Plaintiff(s)* )

- V - )

Equifax Inc. d/b/a/ Equifax Information )
Services LLC., Experian Information Solutions, )
Inc., Trans Union LLC., Innovis Data Solutions, )
Inc., Navient Corporation d/b/a Navient )
Solutions, Inc. )
*Defendant(s)* )

---

## PLAINTIFF'S REQUEST FOR ACCOMADTIONS

---

Plaintiff, Tiffany Grays, pro se asking to be identified as an individual as having such impairment pursuant to 42 U.S. Code § 12102(3)(A), resulting in Plaintiff not being compelled to answer court staff's courtesy questions upon premises, to be allowed to be accompanied by a companion for trial, and conduct all other hearings via phone so as to limit Plaintiff's exposure to her PTSD triggers and allow the expedient economical dispensing of justice. Plaintiff should not be forced to choose between health and life or liberty and justice. Plaintiff's accommodation requests are appropriate as COVID-19 has shown alternatives methods to conducting in person hearings are just as sufficient. Respectfully Submitted,   /s/ Tiffany Grays, pro se

Tiffany Grays
PO Box 472322
Aurora, CO 80047
(720) 623-1883
Legalgrays@gmail.com

1

# UNITED STATES DISTRICT COURT
for the
District of Colorado

Tiffany Grays, *pro se*                           **20-cv-00452-WJM-SKC**
v
Navient Solutions, et al

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November 2021, I have filed the foregoing with the Clerk of Court. I will also e-mail a true and correct copy of this document to the following:

DOCUMENT: **PLAINTIFF'S REQUEST FOR ACCOMADTIONS**

Dennis Norman Lueck Jr
dlueck@spencerfane.com
Michael Kaufmann
mkaufmann@spencerfane.com
*Counsel for Navient Defendants*

                                                       /s/ Tiffany Grays, pro se
                                                                       Tiffany Grays
                                                                       PO Box 472322
                                                                       Aurora, CO 80047
                                                                       (720) 623-1883
                                                                       Legalgrays@gmail.com