IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00452-WJM-SKC

TIFFANY GRAYS,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,
EQUIFAX, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and
INNOVIS DATA SOLUTIONS, INC.,

    Defendants.

## DECLARATION OF CARL O. CANNON IN SUPPORT OF DEFENDANT NAVIENT SOLUTIONS, LLC'S MOTION FOR SUMMARY JUDGMENT

I, Carl O. Cannon, state and declare as follows:

1. I am over the age of 18, am otherwise competent to testify to the matters stated herein, and have personal knowledge of the matters stated herein.

2. I am a Senior Account Analyst with Navient Solutions, LLC ("NSL"), defendant in the above-captioned suit.

3. **Exhibit 2** to the motion for summary judgment is a true and correct copy of Plaintiff Tiffany Grays' payment history on certain Stafford loans (2001–2007) and a consolidated loan (2007–2016).

4. **Exhibit 3** to the motion for summary judgment is a true and correct copy of Plaintiff's student loan payment history on certain Federal Family Education Loan Program ("FFELP") Stafford loans, Federal Direct Loan Program ("FDLP") Stafford loans, and her 2016 FDLP consolidation loan (2008–2016).

5.  **Exhibit 4** to the motion for summary judgment is a set of true and correct copies of promissory notes entered into by Plaintiff Tiffany Grays for her 2007 FFELP consolidated loan and FFELP and FDLP Stafford loans.

6.  **Exhibit 5** to the motion for summary judgment is a set of true and correct copies of letters NSL sent to Plaintiff.

7.  **Exhibit 6** to the motion for summary judgment is a set of true and correct copies of the 2001 and 2003 promissory notes entered into by Plaintiff for her non-consolidation FFELP loans.

8.  **Exhibit 7** to the motion for summary judgment is a set of true and correct copies of the correspondence history notes regarding Plaintiff's FFELP consolidated loan.

9.  **Exhibit 8** to the motion for summary judgment is a set of true and correct copies of the correspondence history notes regarding Plaintiff's FFELP and FDLP Stafford loans.

10. **Exhibit 9** to the motion for summary judgment is a set of true and correct copies of Automated Credit Dispute Verification forms submitted by Plaintiff to the credit bureaus.

11. **Exhibit 10** to the motion for summary judgment is a second set of true and correct copies of Automated Credit Dispute Verification forms submitted by Plaintiff to the credit bureaus.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

May 16, 2022
Date

*Carl O. Cannon*

Carl O. Cannon
Sr. Account Analyst
Navient Solutions, LLC