# EXHIBIT 1

**From:** Kaufmann, Michael <mkaufmann@spencerfane.com>
**Sent:** Monday, April 18, 2022 4:50 PM
**To:** Legal Grays <███████@gmail.com>
**Cc:** Lueck, Dennis <dlueck@spencerfane.com>
**Subject:** RE: [EXTERNAL] 20-cv-00452 Conferral M to Strike M for Protective Order

Again, the motion for protective order and Stipulated Protective Order are unrelated. You have not articulated a legitimate reason why our motion must be stricken. We oppose your request to strike.

Best,

**Mike Kaufmann**  Attorney
Spencer Fane
_____

1700 Lincoln Street, Suite 2000 | Denver, CO 80203
**O** 303.839.3794
mkaufmann@spencerfane.com | spencerfane.com | About Mike

*Note: I typically review and respond to emails at 9:00 a.m., 11:00 a.m., 1:00 p.m., 3:00 p.m, and 5:00 p.m. If you need something between these times, please call.*

**From:** Legal Grays <███████@gmail.com>
**Sent:** Monday, April 18, 2022 4:16 PM
**To:** Kaufmann, Michael <mkaufmann@spencerfane.com>
**Cc:** Lueck, Dennis <dlueck@spencerfane.com>
**Subject:** Re: [EXTERNAL] 20-cv-00452 Conferral M to Strike M for Protective Order

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

This is not about clearing things up. State your position in plain language, approve or oppose.

On Mon, Apr 18, 2022, 4:11 PM Kaufmann, Michael <mkaufmann@spencerfane.com> wrote:

> We repeatedly requested to confer about your deposition notice, which is the basis for our motion for protective order.
>
> I think you've confused our motion for protective order (ECF No. 171) with the Stipulated Protective Order the Court entered on September 29, 2020. (ECF No. 53.) The latter relates to the confidentiality of documents produced in discovery. Our motion seeks a protective order concerning your request for depositions; it does not seek to modify the Stipulated Protective Order. If the Court grant's our motion, it would impose a new, additional protective order.

1

**EXHIBIT 1**

In short, our motion for protective order and the earlier Stipulated Protective Order have nothing to do with each other.

Let me know whether that clears things up.

Thank you,

**Mike Kaufmann**  Attorney
Spencer Fane
_____

1700 Lincoln Street, Suite 2000 | Denver, CO 80203
**O** 303.839.3794
mkaufmann@spencerfane.com | spencerfane.com | About Mike

*Note:  I typically review and respond to emails at 9:00 a.m., 11:00 a.m., 1:00 p.m., 3:00 p.m, and 5:00 p.m.  If you need something between these times, please call.*

**From:** Legal Grays <███████@gmail.com>
**Sent:** Monday, April 18, 2022 3:49 PM
**To:** Kaufmann, Michael <mkaufmann@spencerfane.com>
**Cc:** Lueck, Dennis <dlueck@spencerfane.com>
**Subject:** Re: [EXTERNAL] 20-cv-00452 Conferral M to Strike M for Protective Order

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

You did not repeatedly request to confer on your motion for protective order.

As a protective order is in place you should seek leave and be granted ability to modify or amend the protective order.

On Mon, Apr 18, 2022, 3:45 PM Kaufmann, Michael <mkaufmann@spencerfane.com> wrote:

> We repeatedly attempted to confer with you. And I don't know what you mean by "[f]ailure to request and receive permission to modify." Could you please explain?

2

# EXHIBIT 1

Thanks,

**Mike Kaufmann**  Attorney
Spencer Fane
_____

1700 Lincoln Street, Suite 2000 | Denver, CO 80203
**O** 303.839.3794
mkaufmann@spencerfane.com | spencerfane.com | About Mike

*Note: I typically review and respond to emails at 9:00 a.m., 11:00 a.m., 1:00 p.m., 3:00 p.m, and 5:00 p.m.  If you need something between these times, please call.*

**From:** Legal Grays <███████@gmail.com>
**Sent:** Monday, April 18, 2022 3:42 PM
**To:** Kaufmann, Michael <mkaufmann@spencerfane.com>
**Cc:** Lueck, Dennis <dlueck@spencerfane.com>
**Subject:** Re: [EXTERNAL] 20-cv-00452 Conferral M to Strike M for Protective Order

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Failure to confer Failure to request and receive permission to modify

On Mon, Apr 18, 2022, 3:40 PM Kaufmann, Michael <mkaufmann@spencerfane.com> wrote:

> What is your basis for seeking to strike the motion for protective order?
>
> Thank you,
>
> **Mike Kaufmann**  Attorney
> Spencer Fane
> _____
>
> 1700 Lincoln Street, Suite 2000 | Denver, CO 80203
> **O** 303.839.3794
> mkaufmann@spencerfane.com | spencerfane.com | About Mike

**EXHIBIT 1**

*Note: I typically review and respond to emails at 9:00 a.m., 11:00 a.m., 1:00 p.m., 3:00 p.m, and 5:00 p.m. If you need something between these times, please call.*

**From:** Legal Grays <███████@gmail.com>
**Sent:** Monday, April 18, 2022 3:35 PM
**To:** Lueck, Dennis <dlueck@spencerfane.com>; Kaufmann, Michael <mkaufmann@spencerfane.com>
**Subject:** [EXTERNAL] 20-cv-00452 Conferral M to Strike M for Protective Order

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Counsel,

I would like to confer on this motion based on noncompliance of conferral and leave. Please advise your position.