IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00452-WJM-SKC

TIFFANY GRAYS,

        Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,
EQUIFAX, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and
INNOVIS DATA SOLUTIONS, INC.,

        Defendants.

**OPPOSED MOTION FOR LEAVE TO RESTRICT EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to D.C.Colo.LCivR. 7.2(c), Defendant Navient Solutions, LLC ("NSL"), by and through undersigned counsel, moves for Level 1 Restriction of Exhibits 4, 5, 7, 8, and 9 (ECF Nos. 183-4, 183-5, 184, 184-1, and 183-7) to NSL's Motion for Summary Judgment (ECF No. 183).

**CONFERRAL PURSUANT TO LOCAL RULE 7.1(A)**

Counsel for NSL conferred with Plaintiff about this motion via email on May 19, 25 and 26 2022. Plaintiff stated that she objects to the relief requested herein by responding "opposed." However, as is clear from the emails attached hereto as Exhibit A, it appears that she doesn't oppose the relief requested, but rather, that she believes additional exhibits should be restricted.

**MOTION**

1.     NSL filed a Motion for Summary Judgment on May 16, 2022 (ECF No. 183).

2.     In support of the Motion, NSL attached certain correspondence history related to its servicing of Plaintiff's FFELP consolidated loan and her FFELP and FDLP Stafford loans. (ECF Nos. 184, 184-1.) These records are memorialized on a proprietary system belonging to

1

NSL. They were thus marked "Confidential" when produced in discovery, pursuant to the terms of the Stipulated Protective Order. (*See* ECF No. 53.) These documents were filed on May 16, 2020 as Restricted Level 1.

3. Exhibits 4, 5, and 9 (ECF Nos. 183-4, 183-5, and 183-7) were inadvertently filed with partially unredacted protected personal information belonging to Plaintiff. NSL contacted the Court after discovering the partial redactions and the exhibits were restricted by the Court on May 25, 2022.

4. The Court should grant Level 1 Restriction to Exhibits 4, 5, 7, 8, and 9 (ECF Nos. 183-4, 183-5, 184, 184-1, and 183-7) to NSL's Motion for Summary Judgment, as they contain confidentia, proprietary information belonging to NSL, and protected personal information belonging to Plaintiff.

## CONCLUSION

NSL requests that the Court grant Level 1 Restriction to Exhibits 4, 5, 7, 8, and 9 (ECF Nos. 183-4, 183-5, 184, 184-1, and 183-7) to NSL's Motion for Summary Judgment (ECF No. 183).

Dated: May 26, 2022.

**SPENCER FANE LLP**

By: *s/Dennis N. Lueck, Jr.*
  Dennis N. Lueck, Jr.
  1700 Lincoln Street, Suite 2000
  Denver, CO 80203
  Telephone: 303.839.3733
  Facsimile:  303.839.3838
  Email: dlueck@spencerfane.com

  *Attorneys for Defendant,*
  *Navient Solutions, LLC*

DN 6829044.1

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this matter.

Tiffany Grays, pro se
legalgrays@gmail.com


                                          /s/ Maria Salinas
                                       for Spencer Fane LLP

DN 6829044.1