# EXHIBIT A

| | |
|---|---|
| **From:** | Legal Grays <▮▮▮▮▮▮▮@gmail.com> |
| **Sent:** | Thursday, May 26, 2022 1:52 PM |
| **To:** | Lueck, Dennis |
| **Cc:** | Salinas, Maria |
| **Subject:** | Re: [EXTERNAL] Re: Grays v. NSL - Motion to Restrict MSJ Exhibits |

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Oppose

On Thu, May 26, 2022, 12:25 PM Lueck, Dennis <dlueck@spencerfane.com> wrote:

> Ms. Grays:
>
> Exhibits 7 and 8 were filed as restricted documents with the MSJ. Yesterday, the clerk restricted exhibits 4, 5 and 9 at our request. The clerk further directed us to file a motion to restrict exhibits 4,5,7,8 and 9 although they are already restricted, so that the court has a written basis for the restriction.
>
> Personally, I have no issue with restricting Exhibits 2, 3 and 6; it makes no difference to me. However those documents do not contain any unredacted PII. So, I cannot ask the court to restrict those documents on that basis, and therefore, did not make that request. Further, payment histories are not confidential.
>
> We will be filing our motion to restrict exhibits 4,5,7,8 and 9 later today. If you wish to oppose and ask the court to restrict exhibits 2, 3 and 6 you are certainly free to do so. We just need to know your position so we can file our motion as unopposed or opposed.
>
> **Dennis N. Lueck, Jr.**
>
> Partner
>
> Spencer Fane LLP
>
> 1700 Lincoln Street, Suite 2000 | Denver, CO 80203
> **O:** 303.839.3733
> dlueck@spencerfane.com | spencerfane.com

1

# EXHIBIT A

**From:** Legal Grays <​@gmail.com>
**Sent:** Wednesday, May 25, 2022 11:26 PM
**To:** Lueck, Dennis <dlueck@spencerfane.com>
**Cc:** Salinas, Maria <MSalinas@spencerfane.com>
**Subject:** Re: [EXTERNAL] Re: Grays v. NSL - Motion to Restrict MSJ Exhibits 7 and 8

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

I literally said exhibits 2-9 and your request to restrict only a few fails to fully mitigate the issue. Please have all of these restricted by 6pm on 5/26/22 or I'll be filing the motion.

On Wed, May 25, 2022, 4:34 PM Lueck, Dennis <dlueck@spencerfane.com> wrote:

> We spoke with the court. They told us to email them and they will restrict access to the exhibits. Maria is emailing the court now.
>
> Dennis
>
> Get Outlook for iOS

**From:** Legal Grays <​@gmail.com>
**Sent:** Wednesday, May 25, 2022 12:47:44 PM
**To:** Lueck, Dennis <dlueck@spencerfane.com>
**Cc:** Salinas, Maria <MSalinas@spencerfane.com>
**Subject:** Re: [EXTERNAL] Re: Grays v. NSL - Motion to Restrict MSJ Exhibits 7 and 8

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Will this substitution happen today?

On Wed, May 25, 2022, 12:38 PM Lueck, Dennis <dlueck@spencerfane.com> wrote:

2

# EXHIBIT A

Thanks for sending. We can substitute exhibits where any info was not redacted.

Dennis

**Dennis N. Lueck, Jr.**

Partner

Spencer Fane LLP

1700 Lincoln Street, Suite 2000 | Denver, CO 80203
**O:** 303.839.3733
dlueck@spencerfane.com | spencerfane.com

**From:** Legal Grays <■■■■■■■@gmail.com>
**Sent:** Tuesday, May 24, 2022 7:41 PM
**To:** Lueck, Dennis <dlueck@spencerfane.com>
**Cc:** Kaufmann, Michael <mkaufmann@spencerfane.com>; Salinas, Maria <MSalinas@spencerfane.com>; Rutherford, Amy <arutherford@spencerfane.com>
**Subject:** Re: [EXTERNAL] Re: Grays v. NSL - Motion to Restrict MSJ Exhibits 7 and 8

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Attached is a screenshot.

*** CONFIDENTIALITY NOTICE ***
The information contained in this e-mail is CONFIDENTIAL, and may be exempt from disclosure under applicable law. It is intended only for the use of the addressee. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.

§§

2510-2521 and is legally privileged. If you have received this communication in error, please immediately notify Tiffany Grays at ■■■■■■■@gmail.com and permanently dispose of this transmission and any copies thereof. Thank you for your cooperation.

On Tue, May 24, 2022 at 7:02 PM Lueck, Dennis <dlueck@spencerfane.com> wrote:

**EXHIBIT A**

Exhibit 9 appears to have one unredacted ssn. We can substitute with a redacted version ASAP. But so far, I'm unsure what you mean about the account numbers. They all appear to be partially redacted. I'm happy to substitute any exhibits with unredacted numbers, but need some more guidance on your other concerns. I'm on the road and reviewing from my phone, but I can pull everything tomorrow when I'm in the office. If you can provide more guidance in the meantime that would be appreciated.

Dennis

Get Outlook for iOS

---

**From:** Legal Grays <█████@gmail.com>
**Sent:** Tuesday, May 24, 2022 3:05:11 PM
**To:** Lueck, Dennis <dlueck@spencerfane.com>
**Cc:** Kaufmann, Michael <mkaufmann@spencerfane.com>; Salinas, Maria <MSalinas@spencerfane.com>; Rutherford, Amy <arutherford@spencerfane.com>
**Subject:** Re: [EXTERNAL] Re: Grays v. NSL - Motion to Restrict MSJ Exhibits 7 and 8

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Your team is overtly incorrect. Literally almost every page of exhibits 2-8 contain unredacted account numbers and one with my SSN. If I have to list every page, I will only do so in a motion for sanctions and to strike. I am not your employee and will not do the work for you. I notified you. Furthermore, your inability to retain counsel on this case is your issue to deal with and does not negate your duties as an attorney to act immediately to correct the overtly egregious errs of your second partner disappearing on this case.

You have 20 hours to provide a timeline on when the disclosure will be rectified immediately or I will file my motion for sanctions and to strike. Please provide your positiion.

**EXHIBIT A**

The information contained in this e-mail is CONFIDENTIAL, and may be exempt from disclosure under applicable law. It is intended only for the use of the addressee.  This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.

§§

2510-2521 and is legally privileged. If you have received this communication in error, please immediately notify Tiffany Grays at ▓▓▓▓▓▓@gmail.com and p

ermanently dispose of this transmission and any copies thereof. Thank you for your cooperation.

On Tue, May 24, 2022 at 2:45 PM Lueck, Dennis <dlueck@spencerfane.com> wrote:

Ms. Grays:

Mike is no longer with the firm and I will need to find a new associate to work with. My team has reviewed the documents that were filed and informed me that they are all redacted. So I am unsure what you are talking about.

Please specifically identify which documents and the specific pages within those documents you believe contains PII, and we will review again.

Dennis

Get Outlook for iOS

---

**From:** Legal Grays <▓▓▓▓▓▓@gmail.com>
**Sent:** Tuesday, May 24, 2022 2:05:14 PM
**To:** Kaufmann, Michael <mkaufmann@spencerfane.com>
**Cc:** Lueck, Dennis <dlueck@spencerfane.com>; Salinas, Maria <MSalinas@spencerfane.com>; Rutherford, Amy <arutherford@spencerfane.com>
**Subject:** [EXTERNAL] Re: Grays v. NSL - Motion to Restrict MSJ Exhibits 7 and 8

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

5

# EXHIBIT A

It has been over 24 hours since you have been informed that my private personal information was exposed publicly by you, and no response has been received. Please respond substantially with a timeline for correction within 24 hours of this email, or I will proceed accordingly.

*** CONFIDENTIALITY NOTICE ***
The information contained in this e-mail is CONFIDENTIAL, and may be exempt from disclosure under applicable law. It is intended only for the use of the addressee.  This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.

§§

 2510-2521 and is legally privileged. If you have received this communication in error, please immediately notify Tiffany Grays at ▮▮▮▮▮@gmail.com and permanently dispose of this transmission and any copies thereof. Thank you for your cooperation.

On Mon, May 23, 2022 at 1:47 AM Legal Grays <▮▮▮▮▮@gmail.com> wrote:

> I oppose. Exhibits 2-9 contain either designated confidential information, full account numbers, and/or full SSN which are required to be redacted under the local rules.
>
> My private information exposed to the public is causing me severe distress and anxiety. Please file a motion to strike these exhibits.
>
> Failure to urgently file the motion will result in me filing the motion in an urgent matter and for sanctions for failing to comply with the protective order, and costs incurred as a result. Please let me know your position on these motions.
>
> *** CONFIDENTIALITY NOTICE ***
> The information contained in this e-mail is CONFIDENTIAL, and may be exempt from disclosure under applicable law. It is intended only for the use of the addressee.  This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.
>
> §§
>
>  2510-2521 and is legally privileged. If you have received this communication in error, please immediately notify Tiffany Grays at ▮▮▮▮▮@gmail.com and permanently dispose of this transmission and any copies thereof. Thank you for your cooperation.
>
> On Thu, May 19, 2022 at 2:34 PM Kaufmann, Michael <mkaufmann@spencerfane.com> wrote:
>
>> Counsel,

# EXHIBIT A

We intend to file a motion to restrict (Level 1) exhibits 7 and 8 to NSL's motion for summary judgment under D.C.Colo.LCivR 7.2. (ECF Nos. 184, 184-1.) The Level 1 restriction permits only the parties and the Court to view the exhibits.

Exhibits 7 and 8 constitute confidential trade secrets and proprietary information belonging to NSL. Exhibit 7 is a copy of the correspondence history notes regarding Plaintiff's FFELP consolidated loan. Exhibit 8 is a copy of the correspondence history notes regarding Plaintiff's FFELP and FDLP Stafford loans. These were also marked confidential when produced in discovery.

Please let me know whether we may file the motion to restrict as unopposed.

Thank you,

**Mike Kaufmann**  Attorney
Spencer Fane
_____

1700 Lincoln Street, Suite 2000 | Denver, CO 80203
**O** 303.839.3794
mkaufmann@spencerfane.com | spencerfane.com | About Mike

*Note:  I typically review and respond to emails at 9:00 a.m., 11:00 a.m., 1:00 p.m., 3:00 p.m, and 5:00 p.m.  If you need something between these times, please call.*

7