# UNITED STATES DISTRICT COURT
for the
## District of Colorado

Case No. **20-cv-00452-WJM-SKC**

Tiffany Grays, *pro se*
*Plaintiff(s)*

- V -

Equifax Inc. d/b/a/ Equifax Information Services LLC., Experian Information Solutions, Inc., Trans Union LLC., Innovis Data Solutions, Inc., Navient Corporation d/b/a Navient Solutions, Inc.
*Defendant(s)*

## PLAINTIFF'S DECLARATION

I, Tiffany Grays, being duly sworn, under the penalty of perjury, state as follows:

1. I am the Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. All statements in all Plaintiff's pleadings and motions are true and accurate, including:

   i. Defendant has failed to produce any records which show the removal of the Late Payments after this instant case was at issue. **(Declaration of Plaintiff).**

   ii. Plaintiff's complaint to the student loan ombudsperson and the subsequent investigation found the "150 day" **(ECF No. 103-4 p. 3)** late payment to be in err and requested NSL remove the payment, which NSL did; further establishing NSL's FCRA violations.

1

iii. The removal of the Late Payments caused an increase in Plaintiff's credit worthiness and allowed Plaintiff to secure credit from over 5 lenders, there is no other explanation for the significant increase. **(Declaration of Plaintiff).**

iv. Plaintiff loans at all time relevant were in forbearance or deferment and thus Plaintiff was not required to make any payments to NSL. **(Declaration of Plaintiff).**

v. As a student loan servicer, NSL is a contractor of the U.S. Government, thus is required to abide by the terms and conditions of the government's contracts. Therefore, NSL would be considered responsible for the breach of the terms of the contract by failing to afford Plaintiff a six month grace period as required by the MPN. **(Declaration of Plaintiff).**

vi. The conduct of Defendant constitutes violations of multiple Colorado Consumer statues. **(Declaration of Plaintiff).**

Respectfully Submitted,

     /s/ Tiffany Grays, pro se

Tiffany Grays
PO Box 472322
Aurora, CO  80047
(720) 623-1883
Legalgrays@gmail.com

# UNITED STATES DISTRICT COURT
for the
### District of Colorado

Tiffany Grays, *pro se*                                  **20-cv-00452-WJM-SKC**
    v
Navient Solutions, et al

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2022, I have filed the foregoing with the Clerk of Court using the CM/ECF system, which will also e-mail a true and correct copy of this document to the following:

DOCUMENT:  **PLAINTIFF'S DECLARATION**

| | |
|---|---|
| Dennis N. Lueck<br>dlueck@spencerfane.com<br>***Counsel for Navient Defendant*** | Kevin J. Burns<br>Kevin.Burns@coag.gov<br>Nikolai N. Frant, Esq.<br>Nikolai.Frant@coag.gov<br>Consumer Protection Section<br>Consumer Credit Enforcement Unit<br>Colorado Department of Law<br>Ralph L. Carr Colorado Judicial Center<br>***Counsel for Martha Fulford, Administrator of the Colorado Student Loan Equity Act*** |

                                                                                         /s/ Tiffany Grays, pro se

                                                                                             Tiffany Grays
                                                                                            PO Box 472322
                                                                                         Aurora, CO  80047
                                                                                           (720) 623-1883
                                                                        Legalgrays@gmail.com