IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00452-WJM-SKC

TIFFANY GRAYS,

       Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,
EQUIFAX, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and
INNOVIS DATA SOLUTIONS, INC.,

       Defendants.

**DECLARATION OF DENNIS N. LUECK, JR. IN SUPPORT OF DEFENDANT NAVIENT SOLUTIONS, LLC'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO RESTRICT EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DKT. 189]**

I, Dennis N. Lueck, Jr., Esq. declare as follows:

1. I am over the age of eighteen and am not a party to this action. I make this declaration in support of Defendant Navient Solutions, LLC's (hereinafter "NSL") Reply in Support of its Motion for Leave to Restrict Exhibits to Defendant's Motion for Summary Judgment [Dkt. 189], and I know the contents thereof.

2. I am of sound mind and could testify competently thereto if called to do so.

3. It was discovered that some of Plaintiff's protected personal information appeared within Exhibits 4, 5, and 9 of Defendant Navient Solutions, LLC's Motion for Summary Judgment [Dkt, 183].

4.      On Wednesday, May 25, 2022, I directed my assistant to call the Court regarding those exhibits, because NSL did not know whether it should substitute those exhibits with redactions or file a motion to restrict.

5.      The Court stated that NSL should file a motion to restrict instead of a motion to substitute.

6.      Therefore, on May 26, 2022, NSL filed its Motion for Leave to Restrict Exhibits to Defendant's Motion for Summary Judgment [Dkt. 189]. In the Motion, NSL requested that Exhibits, 4, 5, 7, 8, and 9 be restricted.

7.      NSL brings this Motion for Leave to Restrict Exhibits to Defendant's Motion for Summary Judgment [Dkt. 189] in good faith, and has attempted to confer with Plaintiff regarding these exhibits. Unfortunately, the parties could not come to an agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of June, 2022.

/s/ Dennis N. Lueck
**DENNIS N. LUECK, JR.**