FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

July 26, 2022

Christopher M. Wolpert  
Clerk of Court

_____

In re: TIFFANY GRAYS,

        Petitioner.

No. 22-1153  
(D.C. No. 1:20-CV-00452-WJM-SKC)  
(D. Colo.)

_____

**ORDER**

_____

This petition is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk