IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00452-NYW-SKC

TIFFANY GRAYS,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Recommendation of United States Magistrate Judge of United States District Judge Nina Y. Wang entered on March 10, 2023 [Doc. 218], it is

    ORDERED that Plaintiff's Objections to Report and Recommendations [Doc. 216] is OVERRULED.  It is

    FURTHER ORDERED that the Recommendation [Doc. 213] is ADOPTED.  It is

    FURTHER ORDERED that Defendant's Motion for Summary Judgment [Doc. 183] is GRANTED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Navient Solutions, LLC and against Plaintiff Tiffany Grays.  It is

    FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 10th day of March, 2023.

                                   FOR THE COURT:
                                   JEFFREY P. COLWELL, CLERK

                                   By: s/Emily Buchanan
                                   Emily Buchanan, Deputy Clerk