IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00452-WJM-SKC

TIFFANY GRAYS,

      Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,
EQUIFAX, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and
INNOVIS DATA SOLUTIONS, INC.,

      Defendants.

## STATEMENT OF CONFERRAL PURSUANT TO LOCAL RULE 7.1(A)

Counsel for Navient Solutions, LLC ("NSL") conferred with Plaintiff about its Proposed Bill of Costs (Dkt. 220) via e-mail on March 23, 2023. Plaintiff stated that she intended to oppose the Proposed Bill of Costs by responding "I opposed." Thereafter, this Court directed NSL to file an amended Bill of Costs. (Dkt. 221). NSL filed an Amended Bill of Costs, along with the corresponding exhibit on March 31, 2023. (Dkt. 222). The parties, thereafter, attempted to confer again, after the Amended Bill of Costs was filed. Utilizing the Clerk's Guide to Bills of Cost Hearings, the parties engaged in negotiations, however, were too far apart to come to an agreement.

Dated: April 7, 2023.

                                                    **SPENCER FANE LLP**

                                        By:  */s/Jessica E. Chong*
                                                  Dennis N. Lueck, Jr.
                                                  Jessica E. Chong,
                                                  1700 Lincoln Street, Suite 2000
                                                  Denver, CO 80203
                                                  *Attorneys for Defendant,*
                                                  *Navient Solutions, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this matter.

Tiffany Grays, pro se
legalgrays@gmail.com


  /s/ Adam Miller
for Spencer Fane LLP

2

DN 7600461.1